Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com

Attorneys for Defendants Yavapai County,
Sheriff David Rhodes, Dennis McGrane,
Kristen Sharifi, Steven Sisneros, Michael
Morrison, Chad Nelson, Michael Perry, and
Andre Schilling

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frederick William Lembach III, Trinity Rose Lembach, a married couple, and with minor children, | No. |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| The State of Arizona; Yavapai County, Arizona; Dennis M. McGrane; Kristin Sharifi; Steven Sisneros; Michael Morrison; Tony Gonzales; David Rhodes; Chad Nelson; Det Perry; Andre Schilling; J. Hubble; Mikka Hawkins; Kayla Keith; Rachel Stevens; Stacey Apolinar; Cele Hancock; Jane Doe; John Doe, | |
| Defendants. | |

Defendants Yavapai County, Sheriff David Rhodes, Dennis McGrane, Kristen Sharifi, Steven Sisneros, Michael Morrison, Chad Nelson, Michael Perry, and Andre Schilling ("Yavapai Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby give notice of the removal of the above-captioned case, Yavapai County Superior Court Case No. S1300CV202600382, from the Superior Court of the State of Arizona, County of Yavapai, to this Court, and in support thereof asserts the following:

/ / /

120216677.1

## BACKGROUND

1.      On March 20, 2026, Plaintiffs Frederick William Lembach III filed this action in the Superior Court of the State of Arizona, County of Yavapai, entitled *Frederick William Lembach III, Trinity Rose Lembach, a married couple, and with minor children v. The State of Arizona, et al.*, Case No. S1300CV202600382 (the "Superior Court Action").  All pleadings filed in the Yavapai County Superior Court before the Notice of Removal are attached as **Exhibit 1** to this Notice.

2.      On June 12, 2026, Plaintiffs served a copy of the Summons on Defendants Sheriff David Rhodes, Kristen Sharifi, Steven Sisneros, and Yavapai County.

3.      On June 13, 2026, Plaintiffs served a copy of the Summons on Defendants Perry, Kayla Keith and Rachel Stevens.

4.      On June 14, 2026, Plaintiffs served a copy of the Summons on Defendant Mikka Hawkins.

5.      On June 15, 2026, Plaintiffs served a copy of the Summons on Defendants Dennis McGrane and Michael Morrison.

6.      On June 16, 2026, Plaintiffs served a copy of the Summons on Defendant Tony Gonzalezs.

7.      On June 17, 2026, Plaintiffs served a copy of the Summons on Defendant Chad Nelson.

8.      On June 22, 2026, Plaintiffs served a copy of the Summons on Defendants State of Arizona and Andre Schilling.

9.      On June 23, 2026, Plaintiffs served a copy of the Summons on Defendant "Jane Doe, Mother of Carson Gilpin, whose true name is: Angela Gilpin."

10.     On June 25, 2026, Plaintiffs served a copy of the Summons on Defendant Cele Hancock.

11.     As of the date of this removal, undersigned counsel certifies that Defendants Yavapai Defendants, State of Arizona, Cele Hancock, Kayla Keith, and Mikka Hawkins have consented to the removal of this matter to the United States District Court

2

120216677.1

for the District of Arizona, as required by 28 U.S.C. § 1446(b)(2)(B). Despite good faith efforts to contact Defendants Rachel Stevens, Tony Gonzalez, and Jane Doe (Angela Gilpin), undersigned counsel was unable to confirm whether those Defendants were properly served or if they oppose removal of this matter to federal court at the time of this removal.[1]

12.    Undersigned counsel has contacted counsel for Defendant Rachel Stevens and learned that counsel is currently unavailable due to an emergency. As such, Defendant Stevens's position on removal is currently unknown.

13.    Undersigned counsel also searched for contact information for Defendants Gonzalez and Gilpin and left voicemails to phone numbers believed to be associated with those Defendants. As of the time of this removal, Defendants Gonzalez and Gilpin have not contacted undersigned counsel.

**TIMELINESS OF REMOVAL**

14.    In accordance with 28 U.S.C. § 1446(b), Defendants file this Notice of Removal within thirty (30) days of service of Plaintiffs' Complaint on Defendants. This Notice of Removal, therefore, is timely and proper. *See* 28 U.S.C. § 1446(b).

**BASIS OF REMOVAL**

15.    The United States Federal District Courts have "have original jurisdiction over all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.

16.    Plaintiffs' First Amended Complaint appears to constitute an impermissible shotgun pleading and runs afoul of Rule 8. From what Yavapai Defendants can ascertain from the First Amended Complaint, this action may be removed pursuant to 28 U.S.C. § 1441(a) because it appears that it is based—at least in part— on alleged civil rights violations under the U.S. Constitution. [*See* **Exhibit 1**, Plaintiff's First Amended

---

[1] The Yavapai Defendants will supplement this Notice of Removal when contact with the remaining Defendants occur and their position is known.

3

120216677.1

Complaint.] Specifically, Plaintiffs' First Amended Complaint appears to assert alleged violations of the U.S. Constitution for each count:

    a. Count 1 – Violations of the Eighth and Fourteenth Amendments

    b. Count 2 – Violations of the First, Fourth, and Sixth Amendments

    c. Count 3 – Violation of the Eighth Amendment

    d. Count 4 – Violation of the Fourteenth Amendment; Racketeering and theft by extortion by means of slander of title.

[*Id.*]

17. Although Plaintiff also appears to allege Arizona state-law claims based on statute and the Arizona Constitution, [*see* **Exhibit 1**, Plaintiff's First Amended Complaint at pp. 2, 6, 8, 14, 4-5] district courts have supplemental jurisdiction over all other related claims that stem for the same case or controversy in which the district court has original jurisdiction under Article III of the U.S. Constitution. *See* 28 U.S.C. §§ 1331, 1367.

18. Venue is proper in this district under 28 U.S.C. § 1441(a) because the District of Arizona embraces Yavapai County, Arizona, the place where the Superior Court Action was filed.

Written notice of filing of this Notice of Removal will be given to all adverse Parties as required by law, and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court for the State of Arizona, in and for the County of Yavapai. [*See* Notice of Filing Notice of Removal, attached as **Exhibit 2**.]

/ / /

/ / /

/ / /

/ / /

4

120216677.1

DATED this 2nd day of July, 2026.

JONES, SKELTON & HOCHULI, P.L.C.


By  /s/ Derek R. Graffious
Michele Molinario
Derek R. Graffious
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Yavapai County,
Sheriff David Rhodes, Dennis McGrane,
Kristen Sharifi, Steven Sisneros, Michael
Morrison, Chad Nelson, Michael Perry,
and Andre Schilling


**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record *via* the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Frederick W. Lembach III, #370051
ASPC Lewis/Barchey Unit
P.O. Box 70
Buckeye, AZ 85326
*Plaintiff, in Pro Per*


 /s/ Cindy Castro

5

120216677.1