# EXHIBIT "1"

```
┌─────────────────────────────┐
│ 4 F I L E D ρ                │
│ ___ O'Clock ___ ρ .M.        │
│                              │
│   MAR 2 0 2026               │
│   For Clerk's Use Only       │
│                              │
│ DONNA McQUALITY, Clerk       │
│       S BAKER                │
│ By: _____    │
└─────────────────────────────┘
```

✓

# IN THE SUPERIOR COURT OF ARIZONA
# IN YAVAPAI COUNTY

_Frederick William Lenbach III_

Name of Petitioner/Plaintiff

Case Number: 2026 00 3 8 2

-vs-

_The State of Arizona, et al_

Name of Respondent/Defendant

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS**

THE COURT FINDS that the applicant or estate/ward/protected person, _____
_____ (print name):

1.  [ ] IS NOT ELIGIBLE FOR A DEFERRAL or FOR A WAIVER of fees and costs.

OR

2.  [✓] IS ELIGIBLE FOR A DEFERRAL of fees and costs based on:

    [ ] Financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

    [✓] At the court's discretion (A.R.S. § 12-302(L)).

    [ ] Good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

OR

3.  [ ] IS ELIGIBLE FOR A WAIVER of fees and costs based on:

    [ ] Applicant is permanently unable to pay.

    [ ] At the court's discretion (A.R.S. § 12-302(L)).

Case Number: _____

**IT IS ORDERED:**

[ ] **WAIVER IS DENIED** for the following reasons:

    [ ] This is a class action. (A.R.S. § 12-302(K))

    [ ] The applicant is an ADOC inmate awaiting transportation to ADOC facilities or a non-ADOC inmate, and this is not a domestic relations action. (A.R.S. § 12-302(K))

    [ ] The applicant was previously declared a vexatious litigant by any court, and this is not a domestic relations case. (A.R.S. § 12-302(K))

    [ ] The applicant is not permanently unable to pay or the applicant has not established a receipt of benefits from the Supplemental Security Income (SSI) program. (ACJA § 5-206(F))

[ ] **WAIVER IS GRANTED** for the following fees and costs in this case that may be waived under A.R.S. § 12-302(H):

    [ ] Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

    [ ] Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

    [ ] Fees for service by publication.

    [ ] Filing fees and photocopy fees for the preparation of the record on appeal.

    [ ] Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

[ ] **DEFERRAL IS DENIED** for the following reason(s):

    [ ] The application is incomplete because _____

    | You are encouraged to submit a complete application. |

    [ ] The applicant does not meet the financial criteria for deferral because:

        [ ] The applicant did not provide proof that they are receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps;

        [ ] The applicant did not provide documentation that they are currently receiving services from a non-profit legal aid program;

        [ ] The applicant did not provide documentation that their income is insufficient or barely sufficient to meet the daily essentials of life and includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court;

Case Number: _____

[ ] Other reason: _____

_____

_____

[ ] The applicant is an incarcerated felon, and this is not a domestic relations action. (A.R.S. § 12-302(E))

[X] **DEFERRAL IS GRANTED** for the following fees and costs in this court:

[X] Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

*Denied*

[ ] Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

[ ] Fees for service by publication.

[ ] Filing fees and photocopy fees for the preparation of the record on appeal.

[ ] Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

**IF A DEFERRAL IS GRANTED, APPLICANT MUST PAY AS FOLLOWS:**

[ ] **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE OR AT THE CONCLUSION OF YOUR CASE.**

[X] **PAYMENT PLAN.** The applicant must pay $ *per separate* each *Order for Assessment* (week, month etc.) until paid in full, beginning *and Collection of Inmate Court Fees and/or Costs.*

[ ] **PAYMENT DUE DATE.** The applicant must pay the service of process fee of $_____ on or before _____.

**RIGHT TO JUDICIAL REVIEW.** If the court denies your application or sets a payment plan for you, you may request a judicial officer to review the decision by filing a **Request and Order for Hearing** (Form No. AOCDFGF12F). You must file the request within 20 days of the day the order was mailed or delivered to you. If the court sets a payment plan for you, no payments will be due until the court reviews the request. The court will review the request as soon as reasonably possible.

If you do not pay the service of process fees when they are due, you will receive a **Notice of Court Fees and Costs Due.** The **Notice of Court Fees and Costs Due** will remind you that you may submit a **Supplemental Application** (Form No. AOCDFGF9F) for further deferral or waiver if you believe you still cannot afford to pay your court fees. The court will review your **Supplemental Application** and decide at that time whether or not you must pay.

Case Number: _____

**NOTICE REGARDING CONSENT JUDGMENT.** A consent judgment may be entered against you for all fees or costs that are deferred but remain unpaid 30 calendar days after entry of the final judgment, decree, or order UNLESS:

    A. The fees and costs are taxed to another party.

    B. You establish a payment plan and make timely payments.

    C. You file a Supplemental Application, and the court has not made a ruling on it.

    D. In response to the Supplemental Application, the court orders the fees and costs to be waived or further deferred.

    E. Within 20 days of the date the court denies the Supplemental Application,

        o You pay the fees and costs.

        o You request a hearing. The court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time given by the court.

    If you appeal the final order, decree, or judgment, unpaid court fees are due 30 days after the appeals process ends. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

---

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver must promptly notify the court of any change in financial circumstances during the course of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

---

DATED: _____ MAR 1 9 2026 _____     _____

                                [X] Judicial Officer     [ ] Special Commissioner

---

**NOTE: IF THE APPLICATION IS BY VERBAL AVOWAL, THE APPLICANT MUST SIGN THE CONSENT TO ENTRY OF JUDGMENT.**

---

I CERTIFY that I mailed/delivered a copy of this document to:

    [✓] Applicant [✓] at the above address, [ ] in court, [ ] hand delivered, [ ] by email
    [ ] Applicant's attorney [ ] at the above address, [ ] in court, [ ] hand delivered, [ ] by email

MAR 2 0 2026

_____     By _____
Date                                      Clerk

Person Filing: _Frederick William lembeL III 372257_

Address (if not protected): _ASPc Lewis/Barchey_

City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Lawyer for _____

Lawyer's Bar Number: _____

FILED
4 O'Clock ___ .M.

MAR 20 2026

For Clerk's Use Only
DONNA McQUALITY, Clerk

By: ____S BAKER____

## IN THE SUPERIOR COURT OF ARIZONA
## IN YAVAPAI COUNTY

_Frederick William lembeL III_

Name of Petitioner/Plaintiff

-vs-

_The State of Arizona, et all_

Name of Respondent/Defendant

Case Number: _S1300CV 202600388_

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEE**

---

**NOTICE**

- A **Fee Deferral** is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income.
- A **Fee Waiver** is usually permanent unless your financial circumstances change during the course of this court action.

---

1. **I have requested a deferral or waiver of the following fees in my case:**

A. [X] **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.**

   In support of my request, I state that (check one box):

   [ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

   [X] It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):
   _Plea agreement states no contact_
   _____

   [X] An enforceable Injunction Against Harassment has been granted to me against the person to be served.

Case Number: _____

B. [X] **Fees for publication.**

In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

[X] This is what I did to try to find the other party (explain):

_Through Private investigator_ _____

_____

[ ] I have contacted the person(s) listed below to try to find the location of the other party.

Name: _____

Address: _____

Name: _____

Address: _____

## OATH OR AFFIRMATION FOR AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEE

I declare under penalty of perjury that I have read the above statements and to the best of my knowledge and belief these statements are true and correct.

_March 16 2026_ _____        _____
Date                                Applicant's Signature
                                   _Fredrick William Lembeth III_
                                   Applicant's Printed Name

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, the last known address of the person to be served as:

_County Attorney would know contact information of_
_Persons listed as defendants_

as of _6/10/2024_ .
        [insert date]

Person Filing: _Frederick william Lembeck III 370051_
Address (if not protected): _ASPC Lewis/Berchey_
City, State, Zip Code: _PO Box 70, Buckeye, AZ 85326_
Telephone: _____
Email Address: _____
Representing ☒ Self or ☐ Lawyer for _____
Lawyer's Bar Number: _____

FILED
4 O'Clock ___P___ .M.

MAR 20 2026

DONNA McQUALITY, Clerk
By: ____S BAKER____

## SUPERIOR COURT OF ARIZONA
## IN YAVAPAI COUNTY

_Frederick william Lembeck III_
Name of Petitioner/Plaintiff

-vs-

_The State of Arizona, et al_
Name of Respondent/Defendant

S1300CV
Case Number: 2 0 2 6 0 0 3 8 2

**APPLICATION FOR DEFERRAL OR
WAIVER OF COURT FEES OR
COSTS AND CONSENT TO ENTRY
OF JUDGMENT**

---

### NOTICE

- A **Fee Deferral** is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income.
- A **Fee Waiver** is usually permanent unless your financial circumstances change during the course of this court action.
- You must attach the **required proof** when filing your Application. If you do not attach the required proof, you **must** complete the financial questionnaire in section 3.
- In the Application, "I" and "you" refer to either the "Applicant" (in all case types, except for probate) or the "Estate/Ward/Protected Person" (in probate cases).

---

1. I cannot pay the <u>following fees and costs</u> in my case:

   ☒ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program for divorce and legal separation cases required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

   ☒ Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.*

   ☒ Fees for service by publication.*

   ☒ Filing fees and photocopy fees for the preparation of the record on appeal.

   ☒ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

Case Number: _____

---

> **\*NOTE:** To defer or waive fees for <u>service of process</u> or for <u>service by publication</u>, you must also complete the **Affidavit in Support of Application for Deferral or Waiver of Service of Process Fee** form (Form No. AOCDFGF3F).

2. **I am requesting a deferral or waiver of fees and costs in my case <u>because</u>:**

   A. ☐ I receive government assistance from the federal Supplemental Security Income (SSI) program.\*

   > ☐ I have attached the required **proof** that I participate in the **Supplemental Security Income program**. The proof shows <u>my name as the benefit's recipient</u> and the <u>name of the agency that provides the benefit</u>.
   >
   > (STOP) (If you have attached proof, you do not need to complete the financial questionnaire in section 3.)

   > *\*Supplemental Security Income (SSI) is **NOT** the same as regular retirement benefits from the Social Security Administration or Social Security Disability Insurance (SSDI)*

   **OR**

   B. ☐ I receive government assistance from the state or federal program marked below:

   ☐ Temporary Assistance to Needy Families (TANF)

   ☐ Food Stamps

   > ☐ I have attached the required **proof** that I participate in a **government assistance program**. The proof shows <u>my name as the benefit's recipient</u> and the <u>name of the agency that provides the benefit</u>.
   >
   > (STOP) (If you have attached proof, you do not need to complete the financial questionnaire in section 3.)

   **OR**

   C. ☐ I receive legal assistance from a non-profit legal aid program.

   > ☐ I have attached the required **proof** that I receive legal assistance from a **non-profit legal aid program**. The proof shows <u>my name as the recipient</u> and the <u>name of the legal aid provider that provides the assistance</u>.
   >
   > (STOP) (If you have attached proof, you do not need to complete the financial questionnaire in section 3.)

   **OR**

   D. ☐ My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the

Case Number: _____

current federal poverty level. (Note: Gross monthly income includes your share of your spouse or domestic partner's income if available to you.) *(See the Poverty Levels Chart in 4(H) to determine if your income is 150% or less of the poverty level.)*

OR

E.  ☐  I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life <u>and are unlikely to change in the foreseeable future</u>.

OR

F.  ☒  I do not have the money to pay court filing fees and costs now. I can pay the filing fees and costs at a later date. Explain. *When issued a case # I will mail a cashiers check as I am incarcerated ct time of filing and ADCRR requires a OR case number for tracking payment*

G.  ☐  My income is greater than 150% of the poverty level, but I have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level. *(See the Poverty Levels Chart in 4(H) to determine if your income is 150% or less of the poverty level.)*

| DESCRIPTION OF EXTRAORDINARY EXPENSES | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| TOTAL EXTRAORDINARY EXPENSES | $_____ |

H.  **POVERTY LEVELS CHART.** The chart below lists the gross monthly income levels at 150% of the current federal poverty levels based on **household size**. Household size is the number of related individuals living in your home, including yourself, that you support financially. Use the chart to determine the poverty levels based on your household size and whether your gross monthly income is less than, or more than, 150% of the poverty levels.

(AS OF JANUARY 17, 2025)

| Household Size (all related individuals) | Gross Monthly Income Level- 150% | Household Size (all related individuals) | Gross Monthly Income Level- 150% |
|---|---|---|---|
| 1 | $1,956 | 5 | $4,706 |
| 2 | $2,644 | 6 | $5,394 |
| 3 | $3,331 | 7 | $6,081 |
| 4 | $4,019 | 8* | $6,769 |

Case Number: _____

## 3. FINANCIAL QUESTIONNAIRE

> You must complete the financial questionnaire unless you have attached the proof required in section 2(A) for SSI, 2(B) for government assistance, or 2(C) for non-profit legal aid program.

A. How many people, including yourself, do you support financially (including those you pay child support or spousal maintenance for)? __5__

List relationship of those you support and check those living with you:

☐ _Spouse_    ☐ _Child under 7_    ☐ _Child 12_    ☐ _____
☐ _Child under 5_    ☐ _Child under 6_    ☐ _Child 8_    ☐ _____

B. Do you have a job? ☐ Yes ☒ No

Employer name: _____
Employer phone number: _____

C. What is your approximate **gross monthly income** (total income before deductions)? $ _175⁰⁰_

D. What is your approximate **monthly take home pay** (total income after deductions)? $ _175⁰⁰_

E. Do you have income from the following sources?

☐ social security    ☐ disability    ☒ veteran's benefits
☐ unemployment benefits    ☐ spousal or child support
☐ investments    ☐ other: _____

- What is your approximate **total gross monthly income** from these sources? $ _∅_
- What is your **spouse or domestic partner's approximate total gross monthly income** from all sources readily available to you? $ _hhdr_

F. What is the approximate **total balance of bank and credit union accounts** accessible without financial penalty? $ _∅_

G. What are your **average total monthly expenses**, including rent/mortgage, utilities, vehicle/transportation, credit cards, insurance, medical/dental, child support, childcare, spousal maintenance, tuition, or other expenses? $ _600⁰⁰_

Case Number: _____

## CONSENT TO ENTRY OF JUDGMENT

By signing this Application, I agree that a consent judgment may be entered against me for all fees or costs that are deferred but remain unpaid 30 calendar days after entry of the final judgment, decree, or order unless I establish a payment plan and make timely payments, or I submit a Supplemental Application and the court has not made a ruling on it.

You will receive a **Notice of Court Fees and Costs Due** from the court indicating (1) how much is owed and (2) what steps to take to avoid a consent judgment against you.

> **NOTE:** You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

If you are asking for deferral or waiver for service of process costs, or service by publication costs, you must complete the **Affidavit in Support of Application for Deferral or Waiver of Service of Process Fee** form (Form No. AOCDFGF3F).

## OATH OR AFFIRMATION FOR APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES AND COSTS

I declare under penalty of perjury that I have read the above statements and to the best of my knowledge and belief these statements are true and correct.

March 16 2026
_____
Date

_____
Applicant's Signature

Fredrick william umbertIII
_____
Applicant's Printed Name

**In the Superior Court of the State of Arizona**
**In and For the County of** _Yavapai_

Case Number _S13000V202600382_

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

RECEIVED

MAR 20 2026

YAVAPAI COUNTY
CLERK OF COURT - PRESCOTT AZ

Plaintiff's Name(s): (List all)
_Fredrick William Lembach III  370051_
_Trinity Rose Lembach_
_with minor children_

Plaintiff's Address:
_ASPC Lewis/Barchey_
_PoBox 70_
_Buckeye, AZ 85326_

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All) _The State of Arizona, Yavapai county, Dennis_
_McGrane, Nristin Sherifi, Steven sisneros, michael morrison,_

(List additional defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒Amount Claimed $ _25,000,000_     ☐ Tier 1     ☐ Tier 2     ☒ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**TORT MOTOR VEHICLE:**
☐Non-Death/Personal Injury*
☐Property Damage*
☐Wrongful Death*

**TORT NON-MOTOR VEHICLE:**
☐Negligence*
☐Product Liability – Asbestos*
☐Product Liability – Tobacco*
☐Product Liability – Toxic/Other*
☐Intentional Tort*
☐Property Damage*
☐Legal Malpractice*

☐Malpractice – Other professional*
☐Premises Liability*
☐Slander/Libel/Defamation*
☐Recovery of Damages under A.R.S. §12-514
   (Please provide Plaintiff DOB:___/___/_____)
☐Other (Specify) _____*

**MEDICAL MALPRACTICE:**
☐Physician M.D.*        ☐Hospital*
☐Physician D.O.*        ☐Other*

**CONTRACTS:**
☐Account (Open or Stated)*

☐Promissory Note*
☐Foreclosure*
☐Buyer-Plaintiff*
☐Fraud*
☒Other Contract (e.g., Breach of Contract)*
☐Excess Proceeds – Sale*
☐Construction Defects (Residential/Commercial)*
    ☐Six to Nineteen Structures*
    ☐Twenty or More Structures*
☐Credit Card Debt (Maricopa County Filings Only)*

**OTHER CIVIL CASE TYPES:**
☐Eminent Domain/Condemnation*
☐Eviction Actions (Forcible and Special Detainers)*
☐Change of Name
☐Transcript of Judgment
☐Foreign Judgment
☐Quiet Title*
☐Forfeiture*
☐Election Challenge
☐NCC – Employer Sanction Action (A.R.S. §23-212)*
☐Injunction against Workplace Harassment
☐Injunction against Harassment
☐Civil Penalty
☐Water Rights (Not General Stream Adjudication)*
☐Real Property*
☐Special Action
   (See Lower Court Appeals Cover Sheet in Maricopa)
☐Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)
☐Expungement
☐Out of State Restoration of Civil Rights

☐Seal Criminal Case Records (A.R.S. §13-911)
**UNCLASSIFIED CIVIL:**
☐Administrative Review
   (See Lower Court Appeals Cover Sheet in Maricopa)
☐Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)
☐Declaratory Judgment
☐Habeas Corpus
☐Landlord Tenant Dispute – Other*
☐Declaration of Factual Innocence (A.R.S. §12-771)
☐Declaration of Factual Improper Party Status
☐Vulnerable Adult (A.R.S. §46-451)*
☐Tribal Judgment
☐Structured Settlement (A.R.S. §12-2901)
☐Attorney Conservatorships (State Bar)
☐Unauthorized Practice of Law (State Bar)
☐Out-of-State Deposition for Foreign Jurisdiction
☐Secure Attendance of Prisoner
☐Assurance of Discontinuance
☐In-State Deposition for Foreign Jurisdiction
☐Eminent Domain – Light Rail Only*
☐Interpleader – Automobile Only*
☐Delayed Birth Certificate (A.R.S. §36-333.03)
☐Employment Dispute – Discrimination*
☐Employment Dispute – Other*
☐Verified Rule 27(a) Petition*
☐Verified Rule 45.2 Petition
☐Amendment of Birth Certificate
☐Amendment of Marriage License (Maricopa County Filings Only)
☐Application/Motion Objecting to Foreign Subpoena
☐Other (Specify)* _____

## EMERGENCY ORDER SOUGHT:

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC
☐ Election Challenge    ☐ Employer Sanction    ☒ Other (Specify) *Immediate release from confinement.*

## COMMERCIAL COURT (Maricopa County Only)
☐ This case is eligible for the commercial court under Rule 8.1, and plaintiff requests assignment of this case to the commercial court. More information on the commercial court, including the most recent forms, are available on the court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s):

_____

_____

Additional Defendant(s):
*See attached*

_____

_____

Tony Gonzales, David Rhodes, chad, nelson, Pet Perry, Andre Schilling, J.hubble, Mikna Hankins, Nayla Keith, Rachel Stevens, Stacey APolinar, Cole Hancock, Jane Doe, John Doe

FILED
4. O'Clock P .M.

MAR 20 2026 ✓

DONNA McQUALITY, Clerk
By: ~~S BAKER~~

Frederick Lembach 370051

ASPC Lewis/Barchey

PO BOX 70

Buckeye, AZ 85326

*IN THE SUPERIOR COURT OF THE STATE OF ARIZONA*

*IN AND FOR THE COUNTY OF YAVAPAI*

FREDERICK WILLIAM LEMBACH III, )
TRINITY ROSE LEMBACH,            )     C.N.: S1300CV202600382
a married couple, and with       )
minor children,                  )
                   Plaintiff,    )     CIVIL COMPLAINT
                                 )
                                 )
v.                               )
                                 )     JURY TRIAL DEMANDED
                                 )
1) THE STATE OF ARIZONA,         )
2) YAVAPAI COUNTY, ARIZONA,      )     ORIGINAL COMPLAINT
3) DENNIS M McGRANE,             )
4) NRISTIN SHARIRI,              )
5) STEVEN SISNEROS,              )
6) MICHAEL MORRISON,             )
7) TONY GONZALES,                )
8) DAVID RHODES,                 )
9) CHAD NELSON,                  )
10) DET PERRY,                   )
11) ANDRE SKHILLING,             )
12) J. HUBBLE,                   )

1

13) MINNA HAWKINS, )

14) KAYLA KEITH, )

15) RACHEL STEVENS, )

16) STACEY APOLINAR, )

17) CELE HANCOCK, )

18) JANE DOE, )

19) JOHN DOE, )

Respondent's. )

## A. JURISDICTION

COMES NOW, the Plaintiff's Frederick William Lembach III, Trinity Rose Lembach a married couple with minor children, Moves this honorable Court to issue Compensatory damages in the amount of $25,000,000 and Punitive damages. Jurisdiction is invoked Pursuant to the Ariz Const Act II § 1; A.R.S. 12-122; A.R.S 12-821.01; I.A.W. A.R.C.P.

Violations of the Lembach Families U.S and Ariz. Constitutional rights occured where by the State Law was violated by the people within Yavapai County by Elected Officials and employees to include the Yavapai County Attorney's office, Yavapai County Sheriff's office and the Yavapai County Public Defenders office.

## B. PARTIES

1) Plaintiff, Frederick Lembach III, is incarcerated in Buckeye, AZ., ASPC Lewis/Barchey. Before incarceration was a citizen of Yavapai county, AZ. during the events described in this complaint;

2) Plaintiff, Trinity Rose Lembach is a citizen of Yavapai county, AZ;

3) Plaintiff's five minor children (J.L.)(J.L.)(Q.M)(T.M.)(A.L.);

4) The STATE OF ARIZONA, Creditor in and for Yavapai County, AZ.;

5) Yavapai County, AZ., a Public Entity, in and for the State of Arizona;

6) Respondent Dennis M McGrane is the elected County Attorney for Yavapai county. He is sued in his individual and official capacity;

7) Respondent Kristen Sharifi is a Deputy County Attorney, employed by the Yavapai county Attorney for Yavapai county. She is sued in her individual and official capacity;

3

8) Respondent Steven Sisneros is a Deputy County Attorney, employed by the Yavapai County Attorney for Yavapai county. He is sued in his individual and official capacity;

9) Respondent Michael Morrison is a Deputy County Attorney, employed by the Yavapai County Attorney for Yavapai county. He is sued in his individual and official capacity;

10) Respondent Tony Gonzales is a Public Defender Attorney for the Yavapai County Public Defenders office for Yavapai county. He is sued in his individual and official capacity;

11) Respondent David Rhodes is the elected Sheriff in and for Yavapai county. He is sued in his official capacity;

12) Respondent Chad Nelson is a Detective employed by the Yavapai county sheriff for Yavapai county. He is sued in his individual and official capacity;

13) Respondent Det Perry is a Detective employed by the Yavapai county sheriff for Yavapai county. He is sued in his individual and official capacity;

14) Respondent Andre Schilling is a Deputy employed by the Yavapai county sheriff for Yavapai county. He is sued in his individual and official capacity;

4

15) Respondent S Hubble is an officer with the Chino Valley Police department, working as a State actor for the yavapai county Sheriff in yavapai County, He is sued in his individual and official capacity;

16) Respondant Minva Hawking is a mother of minor (D.W), working as a state actor for the yavapai county sheriff and yavapai county Attorney, She is sued in her individual capacity;

17) Respondant Kayla Keith is a mother of minor (A.K), working as a state actor for the yavapai county sheriff and yavapai county Attorney, She is sued in her individual capacity;

18) Respondent Rachel Stevens is mother of minor (I.S), working as a state actor for the yavapai county sheriff and yavapai county Attorney, She is sued in her individual capacity;

19) Respondant Stacey Apolinar is employed with the yavapai Family Advocacy center, She is a state actor for the yavapai county sheriff and yavapai county Attorney, She is sued in her individual and official capacity;

5

20) Respondent Cele Hancock was an elected official for Yavapai County. She is Sued in her individual and official capacity;

21) Respondant Jane Doe is mother of minor (C,G) working as a state actor for the Yavapai County Sheriff, She is Sued on her individual capacity;

22) Respondant John DOE is head of the Prescott Yavapai county Jail, employed by the Yavapai County Sheriff in and for Yavapai county, He is sued in his official capacity.

## C. INTRODUCTION

1) A Plea agreement was written, executed and filed by respondent Nristen Shecifi on June 10, 2024, Adopted and accepted by the Yavapai County, Superior Court in and for the State of Arizona July 1 2024. Plea Agreement Pg 9 Para 9 States:

"This Plea Agreement in no way prohibits The State's ability to Pursue a civil forfeiture or other Property forfeiture or other Property forfeiture action Pursuant to titles 13, 28 or other applicable sections of the Arizona Revised Statues or federal Law."

6

where as this Language incorporates and waves all Judicial, Prosecutorial, absolute or qualified immunities of or for the State, as the State has now become a Private entity, or creditor and is now responsible for such collateral damage of such gross negligence through vicarious Liability of Yavapai County, a Public entity by elected officials and their employees.

Respondant, The State of Arizona; Dennis M McGrane Yavapai County Attorney for Respondant Yavapai County through Respondant Deputy county Attorney Kristen Sharifi has Breached the Plea Agreement written in bad faith

"SUE or be SUED"

D. CAUSE OF ACTION

COUNT 1

a. Breach of Plea Agreement written in bad faith in violations of the U.S. Const. Amendment 14, equal Protection Clause; Ariz Const. Art. II § 4, due Process; A.R.S. 13-2310; IAW A.R.C.P. and defined in A.R.S. 47-1201;

b. The Plea Agreement is a written Contract; written, executed and filed by Respondant Sharifi on June 10 2024, under the Supervision of Respondant Dennis M McGrane;

7

c. Plaintiffs have a right to all terms and conditions of Plea agreement as ordered July 1 2024;

d. Plea Agreement States, "The State will not charge trinity Rose Lembach with the below crimes...";

e. Prior to offer of Plea Agreement on June 7, 2024, Respondent Sharifi and McGrane dropped Mrs Lembach's charges on 18 Aug 2023;

f. Through Respondent McGrane it is Stated, "It does not readily appear that the State gained a tactical advantage,";

g. County Attorney's Office through Respondent McGrane filed charges against Mrs Lembach on May 08 2024;

h. June 07 2024 Respondent Sharifi offered Plea Agreement to Mr Lembach;

i. Plea Agreement misrepresents to the Plaintiffs and courts the terms and Conditions;

j. Pg 8 Para 6 of Plea Agreement fails to notify Mr Lembach of his right to Post-Conviction relief Pursuant to Rule 33 as required by Aiz Legislation;

k. Pg 10 of Plea Agreement fails to State, "My Plea is Voluntary and not the result of Force, or threat, or Promises other than those contained in

8

the Plea Agreement. DO NOT SIGN THIS FORM UNLESS YOU HAVE READ IT COMPLETLY OR HAD IT READ TO YOU AND UNDERSTAND IT FULLY.";

l. Respondant McGrane and Sherifi's Practice violates this States' Attorney Generals Practice, Policies and Procedures Violating Arizona's legislation;

m. As Stated in Plea Agreement Pg 9 Para 9, " This Plea Agreement in no way prohibits or hinders the State's ability to Pursue a Civil Forfeiture or Other Property forfeiture or other Property forfeiture action Pursuant to titles 13, 28 or applicable sections of th Arizona Revised Statues or federal Law";

n. Respondents McGrane and Sharifi waived Prosecutorial immunities of Liability once the State became a Private entity for Respondent Yavapai County, which would waive immunities of all involved in Prosecution of Plaintiff since government and private entities have no such immunity;

o. Respondant sherifi executed a contract for the State of Arizona, In and for yavapai county through Vicarious Liability and Gross Negligence, is responsible for the collateral damage.

COUNT II

a. Conspiring to damage the Lembach family integrity, and privacy, in violation the U.S.C. Amendment 1, 4, 5, 6, 8 and 14; ARIZ. Const. art II § 4, 6,8, 13, 15, 24 and 30; Ariz. Const. art 30 §1; ARS 25-103; and 18 USCS §241 and § 242.

b. Supporting facts;

1. The Lembachs relied on Plea Agreement to move on from June 27 2023;

2. Mr Lembach was held in the Yavapai County Jail's from warrantless arrest by Respondent Nelson on July 19, 2023 until transfered to the Ariz DOC on Aug. 01 2024;

3. Mr Lembach has been without spouse and Visa Versa;

4. Minor children have been with out father since July 19 2023;

5. Respondent McGrane is responsible for his practice, policies and procedures;

6. On and around June 28, 2023, Respondent Schilling, Hubble, Hawkins, Keith, Stevens and Jane Doe's minor son (CG) conspired against the Plaintiffs;

10

7. Respondent Schilling personally disapproves of the Plaintiffs family dynamics and the age difference between Mr. and Mrs. Lembach as stated in interview with witnesses;

8. Respondent Schilling interviews with witnessed and victims disclosed there was no sexual assault;

9. There has Never been a sexual relationship between Respondent Hawkins or Mr. Lembach;

10. Respondent Hawkins disapproves of the Plaintiffs family dynamics as disclosed in interview with respondent Schilling;

11. Respondent Hawkins once lived with Mr. Lembach for about a year with her (3) children, while Mr. Lembach assisted with the care and support to include; feed, clothed and responsibility of Dr Appt's and being home while she was at work to supervise her children;

12. Respondent Hawkins attended the Plaintiffs wedding ceremony, baby shower, Birthday celebrations, Fathers day celebrations, multiple family functions to include many Bone fires and friend get togethers;

13. Respondent Stevens and Plaintiffs have never met;

14. Respondent Stevens during interview with respondent Schilling disclosed she disapproves of Plaintiffs

11

family dynamics;

15, Respondent Neith and Plaintiff's have never met;

16. Respondent Neith during interveiw with respondant schilling disclosed she disapproves of Plaintiff's family dynamics;

17. Respondent Hubble is a mentor and friend of Respondent's Hawkins, Stevens and Neith's minor daughters (A.N.), (D.W.) and (I.S.);

18. Respondent Hubble injected himself into investigation of the Plaintiffs;

19. Respondant schillings Invetigation technique allowed Respondant Hawkins, Stevens, Neith, minor daughters (A.N.), (D.W.) and (I.S.) along with respondent Hubble in a room together during and after interveiws;

20. Respondant Hawkins intentionally made references of Plaintiffs family dynamics and age difference between Mr Lembeck and his wife;

21. During interveiws with respondant Hawkins, Stevens, Neith and (A.N.) (D.W) and (I.S.) respondant schilling made comments to include:

12

a. Get some Justice for these Girls;

b. The only thing I care about is this guy's behavior, right?;

c. I don't want him to get away with it;

d. he still has to be accountable;

e. Trust me were gonna do everything we can To make this right;

f. do you want to aid in the Prosecution against this person;

g. I do want to make an arrest tonight;

22. Respondant Schilling disclosed;
   a. we don't have any reports of Penetration, anything like that, ... nothing to indicate intercourse, ... no actual groping or fondling of anything;
   b. never indicated ever she was groped or anything, or her genitalia or breast were touched;

23. Respondant Stevens disclosed to respondant schilling That she wanted her daughter(I.S) checked out or tested on June 28 2023;

24. Respondant schilling stated," So you want her to be tested?" to respondant Stevens;

25. Upon arrest June 28 2023 respondant schilling,

13

invented, demanded and tried to coerce Mr Lembach to acquire his Phone;

26. At this Point Mr Lembach invoked his right to remain silent;

27. After spending an evening in Jail and upon release on June 29 2023 Mr Lembach was appointed a Public defender;

28. Respondent Gonzales violated Mr Lembach's 6th Amendment right by never speaking or meeting with Mr Lembach ever before a pertainant hearing deprising Mr Lembach and families right to competent and effective counsel;

29. Respondent McGrane filed a Victim Complaint on July 03 2023;

30. Respondent McGrane indicted Mr Lembach on July 07 2023; where an order to appear on aug 03 2023;

31. Respondent Nelson took over investigation on or around June 29 2023;

32. Mr Lembach was never notified of indictment on July 07 2023;

14

33. unknown date, respondant Stevens contacted respondant nelson and said she was taking (IS) to her obgyn;

34. Three different times between 06/28/23 and 27/14/23, it was mentioned in reports about an exam on respondant Stevens daughter (IS) but never accomplished that would have proved mr LemLoch innocent;

35. July 11 2023 respondant nelson scheduled interviews with the Yavapai family Advocacy center;

36. July 14 2023 respondant APolinar Performed an incomplete and falsified SANE exam on respondants Stevens daughter (IS)

37. Respondant APolinar SANE exam is a Violation of ARS 13-2809; Making/Producing and offering false evidence;

38. Respondant Perry in Conspiracy with respondant Nelson and Respondant McGrane Produced and offered such SANE exam to aquire Search warrant on Petitioner's Phone;

39. SANE EXAM was Performed 17 days after initial complaint of respondant Hawkins, Stevens and Neith;

15

90. Based of respondant Apolinars falsified SANE EXAM, respondent Nelson drafted and executed a search warrant dated July 19 2023;

91. Respondent's Affidavt in search warrant references:
   a. "These People";
   b. "it is common for suspects of this nature";
   c. "frederick lembach committed sexual conduct";
   d. "your Affiant believes that... to further Prove or dis prove frederick lembach's involvement...";

92. Respondent Nelson Affidavt exploited the situation and Plaintiff's;

93. Respondent Nelson without warrant arrested mr lembach on July 19 2023;

94. Respondent Perry Questioned Mrs lembach without reading her, her Miranda right's and/or advising her of such right;

95. In incident Report respondant Nelson disclosed he was in communication with respondant McGrane;

96. Docket shows respondent McGrane filed a complaint on July 25, 2023, seven days after arrest;

47. July 26 2023, Respondent McGrane through Respondent Sisneros again indicted Mr Lembach;

48. July 26 2023, Respondent Nelson testified at indictment;

49. Respondent Sisneros and Nelson commented to the Courts about the Dynamics of the Plaintiff's family and Mrs Lembach's age;

50. An hour and half after indictment Respondent McGrane through Respondent Morrison attended a bail hearing for Mr Lembach's bail, where Mr Lembach was never notified of his Charges and was denied bail;

51. Respondent Gonzales attended Bail hearing;

52. Respondent Morrison and Nelson testified to the dynamics of the Lembach family and made references to the courts about Mrs Lembach's age and child;

53. Respondent morrison testified to the Courts, "I would submit to the Court is a Pedophile, He certainly hasn't acknowledged any of his conduct.";

54. Mr Lembach has a right to remain silent;

55 From July 26 2023 though aug 02 2023 Respondent Gonzales never contacted Mr Lembach;

17

56. From arrest on June 29 2023 through aug 02 2023 Mr Lembach was without counsel;

57. on aug 02 2023 arraignment and Mr Lembach was verbally notified of charges he then retained counsel on his own;

58. Lack of informing Mr Lembach, where Respondant McGrane notified Respondant Gonzales of hearing was an oppresion tactic to harm and insure the Plaintiffs,

59. This tactic of Respondant McGrane and Respondant Nelson by seedling no bail or access to Courts was only to harm and injure the Plaintiff by discriminating and depriving the Lembach's of their Constitutional rights;

60. June 27 2023, Mr Lembach filed in the Yavapai County Superior court a Motion to Vacate and Void Respondant Hancocks orders Pertaining to divorce, Child custody and support in CV P1300 DO 2018 00559;

61. Around March of 2023 Restordant Hancock was arrested for felony DUI;

62. After filing Motion June 27 2023, Mr Lembach mailed filed Motion to the County Attorney's office;

18

63. Mr Lembach's Motion to Vacate and Void alleged, the Respondant Hancock of, the County hiding her DUI's, drinking on the Job, drug use while in Violation of her Judicial and ethical duties A.CJC., A.R.S, to include Loss of the Publics trust;

64. Respondant Hancock in and for yavapai County has deprived and exploited Mr Lembach's children for his use of Medical MariJuana;

65. Mr Lembach has been without his children (JL) and (JY) singe June of 2018;

66. Respondant Hancock has done this oppresion and deperation to Multiple families of yavapai County;

67. The State has and the Respondant yavapai County has Profited from this; through court fres, UA's, supervision of children; child Support Arrearage;

68. Respondant McGrane for Yavapai County, The State of Arizona Knew this Motion filed by Mr Lembach Put the Respondant State of Arizona, Respondant yavapai County at risk of embarrassment and financial harm,

69. June 07 2024 Respondant sherifs Presented and offered plea agreement to Mr Lembach;

19

# COUNT III

a. Cruel and Unusual Punishment in Violtion of the U.S Const. 8 and 14 Amendment and the Asir Const. Art II § 13 and 15.

b. Supporting facts:

i. Plaintiff Mr Lembech was under the care and supervision of Respondent Rhodes once arrested on July 19 2023;

2. Mr Lembech was denied equal Protection and Privlages by Respondent John Doe and Respondent Rhodes;

4. Mr Lembech was denied adequate health care and treatment;

5. Respondent John Doe and Respondent Rhodes subjected Mr Lembach to risk of danger to include Loss of Life and Limb;

6. While detained in Yavapai County Jail in Camp Verde, Mr Lembach Sustained an insury of his right shoulder, this insury was at no fault of anyone it just happened while sleeping and once insury occured, Mr Lembach could not Lift, Push, Pull, climb or Put Presure on right arm;

7. Mr Lembach immediatly that morning informed and notified ycso deputies and medical staff;

8. Medical Staff initially did nothing to include an evaluation of mr Lembach's symptoms or Pain;

9. After months Passed, medical staff X Rayed Sholder and found no issues;

10. Mr Lembach informed staff that he needed an MRI;

11. again weeks if not months went by and no treatment;

12. Staff again X Rayed Sholder and found no issues;

13. Mr Lembach again informed Staff he needed an MRI;

14. weeks and or months went by ycso sent Mr Lembach to a one time 30 min Physical therapy appt where he was given excercises to accomplish daily;

15. during this time Mr Lembach could barely move his arm with out alot of Pain with every movement;

16. ycso then transfered Mr Lembach to the Prescott Yavapai county Jail where Mr Lembach became detained and under the care of Respondent John Doe;

21

17. Again Mr Lembeck Notified YCSO staff and medical that he needed an MRI;

18. Again Mr Lembeck was given an X Ray where again stated he needed an MRI;

19. While under Resbordent John Doe Care and custody, an inimate that was Just sentenced and mental issues was housed in Mr Lembeck's housing area;

20. Next day that inmate went upstairs where he was not housed at and by rules of YCSO was not suppose to be, climbed up on the railing and threw his self over the rails. this inmate was well over 285 LBS, Mr Lembeck noticed the situation and of reaction and training braced fall of inmate and protected and controlled his landing. protecting inmates head and Body from impacting table and floor;

21. Again Mr Lembeck notified staff of injury and was given an xRay;

22. Resbordent Rhodes and John Doe knows of the incident as it was reported in an incident report, multiple witnesses and recorded by YCSO;

23. Staff told Mr Lembeck," They were waiting for you to go to Prison,"

24. This delay in treatment and case has caused Mr Lembach more harm, pain and suffering on a daily basis;

25. Respondent Rhodes Policies are that inmates sentenced are not to be housed with pretrial detainees as this causes risk to others;

26. Aug 01 2024 Mr Lembach was transfered to the custody of the Ariz. Dept of corrections;

27. He initially received an X Ray, in October 2024 MRI where found Mr Lembach had a torn rotator cuff and torn tendons;

28 December 24 2024 scheduled to see orthopedic and May 2025 Surgery was Performed;

29. As of this filling Mr Lembach attends Physical theroly weekly and is told recovery is about a year to a year and half and shoulder will never be the Same.

23

## E. CONCLUSTN

Since arrested by Respondent Rhodes under his Supervision, Care and Custody, the Oppresion and depervation of the Yavapai County Attorney Respondent McGrane of yavapai County in and for the State of Arizona, The Plaintiff's Mr and Mrs Lembach with minor children have been discriminated against, deprived, and denied access to each other, to the Law and access to the courts, violating their fundamental Liberties of the US, and Ariz Constitutions to protect Mr Lembach's actual innocence, Family and American rights. Depriving and discriminating against the Lembach's because of our marriage, age difference and because Mr Lembach filed a motion to exploit a Yavapai county Elected officials Common Practice and Custom of destroying and depriving families of and in Yavapai county with in the Great State of Arizona

24

F. RELIEF REQUESTED

WHEREFORE, the Plaintiff's request that this Court grant the following relief:

A. Declare through vicarious liability and gross negligence of the Yavapai County Attorney, The State of Arizona and Yavapai County are responsible for damages done to the Lembach's;

B. Declare Respondents have no immunities as immunities were waived and are responsible for damages;

C. Declare the Plaintiffs U.S and Ariz Constitutional rights were violated by the respondent's;

D. Declare respondant McGrane and Sheriff Breached the Plea;

E. Declare the Plea was written and executed in Bad Faith by respondent Sheriff;

F. Declare respondant McGrane and his employees Practice, Policies and Procedures Violated Arizona Legislations intentions and placed the State of Arizona and Yavapai County at risk;

G. Declare respondants Schilling, Hubble, Hawkins, Neith, Stevens and Jane Does minor son (CG),

25

conspired and discriminated against the Plaintiffs to cause injury to their marriage and Family integrity;

H. Declare respondent Nelson, Perry and Apolinar violated ARS 13-2809 by making/producing and offering false evidence to cause injury;

I. Declare Respondent McGrane and Gonzales conspired to violate Mr Lembach's 6th Amendment and Mr Gonzales was neither competent or effective;

J. Declare Respondent McGrane conspired with employees and Respondent Nelson to conceal respondent Hansen's common and custom practices to insure Plaintiffs;

K. Declare Respondent Rhodes was negligent in failure to protect Mr Lembach will under his care and supervision;

L. Declare Respondent Rhodes indifference in medical care in violation of the 8th Amendment;

M. Declare Respondent Rhodes Practice, Policy and Procedures provide no access to the law or courts where citizens are at at risk and harm violating their constitutional rights;

N. Declare Respondent McGrand violated Mr Lembach's 1st Amendment right, not to be retaliated against

26

For filing a motion in trying to defend and fight for his children and a right to his marriage and family integrity;

O. Award Compensatory damages in the amount of $25,000,000 for the physical, phycological, emotional, and financial harm to Mr and mrs Lembach, their 10 children, family integrity and reputation; Loss of property where Sale of property was needed for living expences while Mr Lembach has been in custody; Loss of investment property the State forced Mr Lembach to Surrender in his Divorce; Arrearage of past child support where the State gained a profit from interest, where arrearage harmed Mr Lembach's financial credit; and

P. Grant Plaintiffs Such other relief as it may appear is entitled to; or

Q IAW ARS 12-821,01 the Plaintiff would agree to a settlement amount and terms of;

1. Reverse and Vacate Mr Lembach's conviction;

2. Dismiss all charges that has or could have been brought against Mr and mrs Lembach;

3. Award the adoption of Dylan and Taren Mayer;

4. Order and award 50/50 custody and legal desicion making of Mr Lembach's daughters Jessaly and Journey;

27

5. Restore all Mr Lembach's Constitutional rights, To include his 2nd amendment;

6. Expunge Mr Lembach conviction and arrest from any State and Federal system and record;

7. Destroy any DNA sample;

8. Destroy any evidence;

9. Seal the record;

10. Expunge Mrs Lembach's criminal record;

11. $100,000 to each of Mr and Mrs Lembach's children for the time lost, the emotional and Phycological harm the State created and caused;

12. $500,000 to Mrs Lembach for the damage The State created and caused to the integrity of the Marriage and Family; to include time lost, emotional and Phycological harm;

13. $500,000 for Mr Lembach's investment Properties the State forced him to surrender;

14. $500,000 to Mr Lembach for violating the Lembach's Family U.S. and Ariz constitutional rights with Gross negligence which oppressed, discriminated, defamed and intruded in their Private marital and family affairs, that led to financial harm, Jobloss, incarceration with Past, Present and future Physical and emotional harm; that caused and created severe emotional distress, humiliation, Physical and mental Pain and suffering with injury to feelings,

28

Loss of Society, Love, affection, Care, attention, companionship, comfort, and protection of the family and values; Injury to our Past, Present and future income;

15. $1,00 to the Lembech family for an apology by Yavapai County, In And For The State of Arizona,

I Frederick W Lembach III declare under Penalty of Perjury that the foregoing is true and correct.

Respectfully Submitted This 16 day of march 2026 by US Mail Placed into the Ariz Dept of corrections mail system on March 17 2026.

Frederick Lembach III

Person Filing: _Frederick William Lembach III 370051_

Address (if not protected): _ASPC Lewis/Barcley_

City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

```
┌─────────────────────────────┐
│  4  FILED                   │
│     O'Clock ___ℓ___.M.      │
│                             │
│                         ✓   │
│     MAR 20 2026             │
│  FOR CLERK'S USE ONLY       │
│  DONNA McQUALITY, Clerk     │
│  By: _____ S BAKER _____   │
└─────────────────────────────┘
```

## SUPERIOR COURT OF ARIZONA
### IN _Yavapai_ COUNTY

_Frederick William Lembach III_
**Name of Plaintiff**

Case Number: _S1300CV 202600382_

_The state of Arizona, et al_
**Name of Defendant**

**PLAINTIFF'S DEMAND for
JURY TRIAL**

Plaintiff, _Frederick Lembach_ (*Name of Plaintiff*), demands a trial by jury in this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal from that compulsory arbitration.

Dated this _March 16 2026_.
(Date of signature)

_/s/_
(Signature of Plaintiff or Plaintiff's Attorney)

FILED
4 O'Clock P .M.

MAR 20 2026 ✓

DONNA McQUALITY, Clerk

By: _____ S BAKER _____

Name: *Frederick william Lembech III 370051*

Mailing Address: *ASPC Lewis/Bachey*

*Po Box 70, Buckeye, AZ 85326*

Daytime Telephone No.: _____

Representing Self, without a Lawyer

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF YAVAPAI

In Re the Matter of

*Frederick william lembeck III*
Plaintiff/Petitioner

vs

*The State of Arizona, et al*
Defendant/Respondent

Case No. _S 1300CV202600382_

**NOTICE OF FILING** _____

_____

Division _____

The undersigned party gives notice of:

*Petitioner filing a civil complaint with the Superior Court of The State arizona, Filing of this notice is to Notify that the State of Arizona and Yavapai county, are Listed as a defendent in a civil complaint, where amount of damages are of $25,000,000,00 or a settlement amount of $2,500,001,00*

*March 16 2026*
Date

_____/s/_____
Signature
*Frederick lembeck*
Printed Name

Copy of this pleading mailed to:

*Yavapai county attorneys office*

*Attn: Dennis McGrane*

*255 E Gurley St Ste 201*

*Prescott, AZ 86301*

Date mailed: *17 March 2026*

Person Filing: _Frederick William Lembach III 370051_

Address (if not protected): _ASPC Lewis//Barchey_

City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN _Yava-Pai_ COUNTY

_Frederick William Lembach III_

**Name of Plaintiff**

Case Number: S1300CV **202600382**

**And**

**SUMMONS**

_The State of Arizona, et al_

**Name of Defendant**

---

WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** _Andre Schilling_

**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date    _____March 20, 2026_____

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: *Frederick William Lembach II 370051*
Address (if not protected): *ASPC Lewis/Barchey*
City, State, Zip Code: *Po Box 70, Buckeye, AZ 85326*
Telephone: _____
Email Address: _____
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
## IN *Yavapai* COUNTY

*Frederick William Lembach II*
**Name of Plaintiff**

Case Number: 51300CV 202600382

And

**SUMMONS**

*The State of Arizona, et al*
**Name of Defendant**

---

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** *Cele Hancock*
**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.      If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.      You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.      Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.      Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date        March 20, 2026
                                   CLERK OF SUPERIOR COURT

                                By _____
                                   Deputy Clerk

Person Filing: _Frederick William Lembeck III 370051_

Address (if not protected): _ASPC Lewis//Barchey_

City, State, Zip Code: _PO Box 70, Buckeye, AZ 85326_

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
IN _Yavapai_ COUNTY

S1300CV

Case Number: **202600382**

_Frederick William Lembeck III_

**Name of Plaintiff**

**And**                                                         **SUMMONS**

_The State of Arizona, et al_

**Name of Defendant**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** _Chad Nelson_

**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date    _March 20, 2024_

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: _Frederick William Lembeck III 370051_
Address (if not protected): _ASPC Lewis//Barchey_
City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_
Telephone: _____
Email Address: _____
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN _Yavapai_ COUNTY

_Frederick William Lembeck III_

**Name of Plaintiff**

Case Number: S1300CV **202600382**

**And**

**SUMMONS**

_The State of Arizona, et al_

**Name of Defendant**

---

| WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
| --- |

---

**FROM THE STATE OF ARIZONA TO:** _David Rhodes_

**Name of Defendant**

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date    _March 20, 2024_

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: _Frederick William Lembach III 370051_
Address (if not protected): _ASPC Lewis//Barchey_
City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_
Telephone: _____
Email Address: _____
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN _Yavapai_ COUNTY

_Frederick William Lembach III_

**Name of Plaintiff**

Case Number: S1300CV **2 0 2 6 0 0 3 8 2**

**And**

**SUMMONS**

_The State of Arizona, et al_

**Name of Defendant**

---

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** _Dennis M McGrant_

**Name of Defendant**

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this _"Summons"_.

2.  If you do not want a judgment or order taken against you without your input, you must file an _"Answer"_ or a _"Response"_ in writing with the court and pay the filing fee. If you do not file an _"Answer"_ or _"Response"_ the other party may be given the relief requested in his/her Petition or Complaint. To file your _"Answer"_ or _"Response"_ take, or send, the _"Answer"_ or _"Response"_ to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your "*Response*" or "*Answer*" to the other party at the address listed on the top of this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date    ⎯Ⴠ̅arch  20, 2026

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: _Frederick William Lembeck II 370051_
Address (if not protected): _ASPC Lewis//Barchey_
City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_
Telephone: _____
Email Address: _____
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
## IN _Yavapai_ COUNTY

_Frederick William Lembeck II_

**Name of Plaintiff**

And

_The State of Arizona, et al_

**Name of Defendant**

S1366CV

Case Number: **2026 0 0 3 8 2**

**SUMMONS**

---

WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** _Det Perry_

**Name of Defendant**

1.   **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.   If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date _____*March 20, 2024*_____

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: *Frederick William Lembeck III 370051*

Address (if not protected): *ASPC Lewis//Barchey*

City, State, Zip Code: *Po Box 70, Buckeye, AZ 85326*

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN *Yavapai* COUNTY

*Frederick William Lembeck III*

**Name of Plaintiff**

Case Number: *S1300CV* **202600382**

And

**SUMMONS**

*The State of Arizona et al*

**Name of Defendant**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** *J Hubble*

**Name of Defendant**

1.   **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.   If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Arizona Supreme Court                      Page 1 of 2                      CV11f-092917

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date _____March 20, 2026_____

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: _Frederick William Lembuch III 37005/_
Address (if not protected): _ASPC Lewis//Berchey_
City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_
Telephone: _____
Email Address: _____
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
IN _Yavapai_ COUNTY

_Frederick William Lembech III_

**Name of Plaintiff**

Case Number: S1300CV **202600382**

And

**SUMMONS**

_The State of Arizona, et al_

**Name of Defendant**

---

WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:**   _Kayla Keith_

**Name of Defendant**

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date    _____March 20, 2024_____

CLERK OF SUPERIOR COURT

By _____
            Deputy Clerk

Person Filing: _Frederick William Lembeck III 370051_

Address (if not protected): _ASPC Lewis/Barchey_

City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN _Yavapai_ COUNTY

_Frederick William Lembeck III_

**Name of Plaintiff**

S1300CV

Case Number: **202600382**

**And**

**SUMMONS**

_The State of Arizona, et al_

**Name of Defendant**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** _Kristen Sherif,_

**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this _"Summons"_.

2. If you do not want a judgment or order taken against you without your input, you must file an _"Answer"_ or a _"Response"_ in writing with the court and pay the filing fee. If you do not file an _"Answer"_ or _"Response"_ the other party may be given the relief requested in his/her Petition or Complaint. To file your _"Answer"_ or _"Response"_ take, or send, the _"Answer"_ or _"Response"_ to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date _____ March 20, 2024 _____

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: _Frederick William Lembeck III 370051_
Address (if not protected): _ASPC Lewis//Barchey_
City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_
Telephone: _____
Email Address: _____
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN _Yavapai_ COUNTY

_Frederick William Lembeck III_

**Name of Plaintiff**

Case Number: S1300CV
**202600382**

**And**

**SUMMONS**

_The State of Arizona, et al_

**Name of Defendant**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** _Michael Morrison_

**Name of Defendant**

1.    **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this _"Summons"_.

2.    If you do not want a judgment or order taken against you without your input, you must file an _"Answer"_ or a _"Response"_ in writing with the court and pay the filing fee. If you do not file an _"Answer"_ or _"Response"_ the other party may be given the relief requested in his/her Petition or Complaint. To file your _"Answer"_ or _"Response"_ take, or send, the _"Answer"_ or _"Response"_ to the Clerk of the Superior Court.

**Case Number:** _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date      _March 20, 2024_

CLERK OF SUPERIOR COURT

By _____
Deputy Clerk

Person Filing: *Frederick William Lembach II 37005I*
Address (if not protected): *ASPC Lewis//Barchey*
City, State, Zip Code: *Po Box 70, Buckeye, AZ 85326*
Telephone: _____
Email Address: _____
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN *Yavapai* COUNTY

*Frederick William Lembach II*

**Name of Plaintiff**

And

*The State of Arizona, et al*

**Name of Defendant**

Case Number: S1300CV **202600382**

**SUMMONS**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** *Mikkle Hawkins*

**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date ___March 20, 2026___

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: *Frederick William Lembach II 370051*

Address (if not protected): *ASPC Lewis/Barchey*

City, State, Zip Code: *Po Box 70, Buckeye, AZ 85326*

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN *Yavapai* _____ COUNTY

*Frederick William Lembach II*

**Name of Plaintiff**

S1300CV **202600382**

Case Number: _____

**And**

**SUMMONS**

*The State of Arizona, et al*

**Name of Defendant**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** _*Rachel Stevens*_____

**Name of Defendant**

1.    **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.    If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.   If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.   You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.   Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.   Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date    _March 20, 2026_____

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: _Frederick William Lembeck III 370051_
Address (if not protected): _ASPC Lewis//Barchey_
City, State, Zip Code: _Po Box 70, Buckeye, AZ 85326_
Telephone: _____
Email Address: _____
Representing [X] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

# SUPERIOR COURT OF ARIZONA
## IN _Yavapai_ COUNTY

_Frederick William Lembeck III_

**Name of Plaintiff**

Case Number: SI300CV **202600382**

And

**SUMMONS**

_The State of Arizona, et al_

**Name of Defendant**

---

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** _Stacey Apolinar_
**Name of Defendant**

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date    March 20, 2026
                               CLERK OF SUPERIOR COURT

                            By _____
                               Deputy Clerk

Person Filing: *Frederick William Lembeck III 370051*

Address (if not protected): *ASPC Lewis//Barchey*

City, State, Zip Code: *Po Box 70, Buckeye, AZ 45326*

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
## IN *Yavapai* COUNTY

*Frederick William Lembeck III*

**Name of Plaintiff**

Case Number: S1300CV **202600388**

And

**SUMMONS**

*The State of Arizona, et al*

**Name of Defendant**

---

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** *Steven Sisperos*

**Name of Defendant**

1.    **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.    If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date    _March 20, 2026_____

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Person Filing: *Frederick William Lembeck II 370051*

Address (if not protected): *ASPC Lewis/Barchey*

City, State, Zip Code: *Po Box 70, Buckeye, AZ 85326*

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN *Yavapai* COUNTY

*Frederick William Lembeck II*

**Name of Plaintiff**

Case Number: SI300CV **202600382**

**And**

**SUMMONS**

*The State of Arizona, et al*

**Name of Defendant**

---

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** *Tony Gonzales*

**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

**SIGNED AND SEALED this date**    March 20, 2026

**CLERK OF SUPERIOR COURT**

By _____

Deputy Clerk

**X YAVAPAI COUNTY COURTHOUSE**
    **PRESCOTT AZ   86303    (928) 771-3312**

☐ **VERDE VALLEY JUSTICE FACILITY   2840 N. COMMONWEALTH DR.**
    **CAMP VERDE AZ   86322    (928) 567-7741**

11:20 **FILED**
O'Clock ___ A.M.

MAR 23 2026

DONNA McQUALITY, Clerk

**SUPERIOR COURT OF THE STATE OF ARIZONA** By: ___C DAGSGAARD___
**IN AND FOR YAVAPAI COUNTY**

| | |
|---|---|
| FREDERICK WILLIAM LEMBACH III,<br><br>Plaintiff<br><br>· vs.<br><br><br>THE STATE OF ARIZONZ, et.al.,<br>Defendant | Case Number: S/3 ⌀⌀CV **202600382**<br><br>**ORDER FOR ASSESSMENT AND COLLECTION OF INMATE COURT FEES AND/OR COSTS**<br><br>(Inmate DOC No. 370051        DOB 2/04/1975) |

**THE COURT FINDS**  FREDERICK WILLIAM LEMBACH III is an inmate confined to a correctional facility operated by the Arizona State Department of Corrections and has initiated a civil action or proceeding, other than an action or proceeding for dissolution of marriage, legal separation or annulment or establishment, enforcement or modification of child support.   The amount of fees and/or costs due to date is **$252.00**.

**IN ACCORDANCE WITH A.R.S. § 12-302(E),**

    **IT IS ORDERED** a first time payment of twenty percent (20%) is assessed as a partial payment of the amount due.   If monies exist, the State Department of Corrections shall deduct this amount from the inmate's spendable account and remit it to the court.

    **IT IS FURTHER ORDERED** the Clerk of the Court shall forward to the Arizona State Department of Corrections an updated accounting of the amount of actual court fees and/or costs.

    **IT IS FURTHER ORDERED** the Arizona State Department of Corrections shall withhold twenty percent (20%) of all deposits in the inmate's spendable account until the actual court fees and/or costs are collected in full and shall annually forward any monies collected to this court.   Upon the inmate's release, the Arizona State Department of Corrections shall forward the amount of fees and/or costs collected through the date of the release.

    **IT IS FURTHER ORDERED** a copy of this order be mailed to the Arizona State Department of Corrections, Bureau of Business and Finance, and to the inmate personally.

DATED: MAR 1 9 2026 _____

_____
Judge of the Superior Court

inmate.wpd   Revised 3/19/26

DONNA McQUALITY
CLERK, SUPERIOR COURT
03/26/2026  2:25PM
BY: BCHAMBERLAIN
DEPUTY

### SUPERIOR COURT, STATE OF ARIZONA, IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| FREDERICK WILLIAM LEMBACH III and TRINITY ROSE LEMBACH, a married couple and with minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF ARIZONA, YAVAPAI COUNTY, ARIZONA, DENNIS M MCGRAINE, KRISTIN SHARIFI, STEVEN SISNEROS, MICHAEL MORRISON, TONY GONZALES, DAVID RHODES, CHAD NELSON, DET. PERRY, ANDRE SCHILLING, J. HUBBLE, MIKKA HAWKINS, KAYLA KEITH, RACHEL STEVENS, STACEY APOLINAR, CELE HANCOCK, JANE DOE and JOHN DOE,<br><br>Defendants. | Case No.  S1300CV202600382<br><br><br><br><br>**ORDER REASSIGNING MATTER** |

| | | |
|---|---|---|
| **HONORABLE JOHN NAPPER**<br><br>**DIVISION 2** | **BY:**<br><br>**DATE:** | Carrie Faultner, Judicial Assistant/Case Flow Manager<br><br>March 26, 2026 |

The Court has received and reviewed the Plaintiff's *Complaint* filed on March 20, 2026. The Court finds it appropriate to assign this matter to an out-of-county Judge and have consulted with the Presiding Judge in Mohave County.

**IT IS FURTHER ORDERED** this matter is reassigned to the Honorable Steve C. Moss, Division 3, Mohave County Judge.

**IT IS FURTHER ORDERED** directing the clerk to provide to Judge Steve C. Moss a complete copy of this Court's file.

Parties are directed to file original pleadings with the Clerk in Yavapai County, with a courtesy copy to be submitted directly to Judge Steve C. Moss.

*S1300CV202600382*
*Lembach III vs The State of Arizona et. al.*
*March 26, 2026*
*Page 2*

Judge Steve C. Moss
Mohave County Superior Court- Division 3
2225 Trane Road
Bullhead City, AZ 86442
928-758-0717 ext. 2717
division3@mohavecourts.com

The Court notes the *Complaint* remains pending.

cc:    Honorable Steve C. Moss, Mohave County Presiding Judge (e)
       Kelley Crenshaw, Judicial Assistant (e) (w/email copy of file)
       Christina Spurlock (e)
       Fredrick Lembach III, AZ DOC#370051, ASPC Lewis/Barchey Unit, P.O. Box 70, Buckeye, AZ
       85326

FILED
DATE AND TIME:
3/31/2026 5:00 PM
DONNA MCQUALITY, CLERK
BY: JONATHON DEROIS
Deputy

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MOHAVE**

**HONORABLE STEVEN C. MOSS**                    **DATE:  MARCH 31, 2026**
**DIVISION III**                                                                                    kc

| ORDER |
|---|

| | |
|---|---|
| **FREDERICK WILLIAM LEMBACH III, et al.** | **CASE NO.:  S1300CV-2026-00382** |
| **Plaintiff(s),** | |
| **vs.** | |
| **THE STATE OF ARIZONA, et al.** | |
| **Defendant(s).** | |

The Court acknowledges assignment of this file.

Per Rule 4(i), Arizona Rules of Civil Procedure, Plaintiffs Frederick William Lembach III and Trinity Rose Lembach (hereinafter "Plaintiffs") are notified that they have 90 days from the date of filing the complaint to effect service of process upon the named Defendants.  In the event service of process is not timely completed, as evidenced by affidavits of service or similar proof of service being on file with this Court, this matter may be dismissed without prejudice due to abatement, unless a motion is timely filed seeking an extension of time which is supported by verified facts demonstrating good cause.

In this matter, the abatement date (i.e. dismissal date) is June 18, 2026, which is 90 days from March 20, 2026, the date of filing.

**IT IS ORDERED** directing that this file be brought to the Court's attention for internal review and possible action on June 22, 2026.

cc:

Frederick Lembach III, AZ DOC#370051
ASPC Lewis/Barchey Unit
PO Box 70
Buckeye, AZ 85326
Plaintiff

FREDERICK WILLIAM LEMBACH III

370051

ASPC LEWIS/BARCHEY

PO BOX 70

BUCKEYE, AZ 85326

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 APR -6  PM 3: 26  ✓

DONNA McQUALITY, CLERK

E MARTELL

BY:_____

SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR YAVAPAI COUNTY

FREDERICK WILLIAM LEMBACH III,     )     CN: S1300CV202600382

        Plaintiff                  )

VS.                                )     NOTICE OF

                                   )     FILING

THE STATE OF ARIZONA, et.al.,      )

        Defendants                 )

Pursuant to ARS 12-821, this Notice of Filing Serves as Notice to the Yavapai county Board of Supervisor Chairman, Mary Mallalieu, Yavapai County is listed as a defendant in a Pending civil complaint. A Notice of Claim has been filed with the Yavapai County Superior Court.

Elected official Yavapai County Attorney Dennis McGrane and Deputy County Attorney's Nristen Shariffi, Michael Morrison, and Steven Sisneros are listed as defendants.

Elected official Yavapai County Sheriff David Rhodes and

(1)

employees of the Yavapai county Sheriffs office, Chad Nelson, Det Perry and Andre Schilling are named as defendants,

Tony Gonzales of The Yavapai county Public defenders office is named as a defendant.

The State of Arizona through Dennis McGrane and his employees wrote and executed a Plea Agreement or contract in bad faith on June 10 2024.

Plea agreement States:

"This Plea agreement in no way Prohibits the States ability to Pursue a civil forfeiture or other Property forfeiture or other Property forfeiture action Pursuant to titles 13, 28 or other applicable Sections of the Arizona Revised Statues or federal law."

So the Board of Supervisors can understand, the State, Yavapai county Attorney wrote and executed a Contract written in bad faith. Deputy county Attorney Kristen Shariffi stated in open Court She had my wifes charge dismissed. She failed to inform me she reinstated it before Plea negotiation. She Lied in open court and in contract, Bad faith.

Contract States I get "community Supervision", That would be 180 days of Temporary release, That i's a

(2)

Lie. Bad faith. My Plea Agreement sentence or count is an illegal sentence again, Bad faith and should be Voidable.

Yavapai County Attorney edited and altered the State's legislative approved Felony plea agreement (non capitol) and exposed the State and Yavapai county to civil liability, as the State Per contract is Portraying Themselves as a debt collector or Private entity, Through Gross Neglegence and vicarious liability is now liable.

"Sue or be Sued"

as stated, 3 options for the county and/or State: overturn my conviction, return all rights. I am entitled to the Pilot Program ARS 13-4296 Erroneous Conviction, Settlement of $ 2,500,001,00; or $ 25,000,000.00.

Signed this 1st day of April 2026

Frederick Lembach, Claimant

The foregoing was mailed 2 April 2026
Yavapai county Superior court
Clerk of the court
120 Scorter Rm 207
Prescott, AZ 86303

Mohave county Superior Court - Div3

Hon Steve C, Moss

2225 Trane Rd

Bullhead, City, AZ 86442

Yavapai County Board of Supervisors

Mary Mallalieu

1015 Fair St

Prescott AZ 86305

Yavapai county Attorney's office

Dennis McGrane

255 East Gurley St

Prescott, AZ 86301

(4)

# NOTICE OF CLAIM AGAINST THE STATE OF ARIZONA

Claim must be filed in accordance with A.R.S.§12-821.01

Please type or print legibly.

All blanks MUST be completed.

## CLAIMANT INFORMATION

Claimant's Name: FREDERICK WILLIAM LEMBACH II 370051

Address: ASPC Lewis/Barclay P.O Box 70    City: Buckeye    State: AZ    Zip: 85326

Phone # (Home): —    (Work): —    Date of Birth: 2-9-75

Email Address: _____

## FACTS

| DATE OF OCCURRENCE | LOCATION OF OCCURRENCE (INCLUDE CITY) | (Use this Section only for ROADWAY CLAIMS) |
|---|---|---|
| January 20. 2026 | Buckeye, AZ | DIRECTION OF TRAVEL |
| TIME OF OCCURRENCE — AM/PM | Prescott, AZ | EXIT/MILEPOST/STREET NAME |
| | | INTERSTATE/HIGHWAY |
| | | LICENSE PLATE NUMBER / STATE |
| | | VIN |

Identify the circumstances under which the damages or injuries were sustained, the cause thereof and the nature and extent of the damage and/or injuries. List the State agency if known. You may attach additional pages if necessary.

The State of Arizona, Yavapai County Attorney entered or executed a Plea agreement on June 10 2024. This Plea agreement was written in Bad faith and opened the State to civil Liability, Through the elected official of Yavapai County Dennis Megarve and his employees.
.. where the State has waived any and all immunities of the 11th Amendment of the United States constitution by contract

Amount of Claim $ 25,000,000.00 ___. In order for a claim to be valid, ARS 12-821.01 (A) requires the claimant to include a specific amount for which the claim can be settled. The statute requires the claim be filed with the State of Arizona within 180 days after the cause of action accrues.

Claimant Signature: _____    Date: March 25, 2026

**Mail or hand deliver the ORIGINAL to: Office of the Attorney General**
**2005 N. Central Avenue**
**Phoenix, AZ 85004**

**NOTE:** Include all supporting documents (Estimates, Bills, Photographs,etc.) Please maintain a copy of the completed Notice of Claim and supporting documents for your records.

Revised 10/2020

Claimant, his wife and Minor Children has filed on March 20 2026 with the Yavapai County Superior Court in the State of Arizona, a civic complaint.

Numerous Violations of the Lembach Families U.S, and Arizona Constitutional occurred where by State and federal Laws were violated by the people within yavapai county, Elected officials and employees to include the Yavapai County Attorney's office, Yavapai County Sheriff's office and the yavapai county Public Defender's office.

Per Contract dated June 10 2024, reaffirmed by the Yavapai County Superior court on July 1 2024, states;

"This Plea Agreement in no way prohibits the States ability to Pursue a civil forfeiture or other Property forfeiture or other Property forfeiture action Pursuant to titles 13, 28 or other applicable Sections of the Arizona Revised Statues or federal Law."

Under the US Constitution, Arizona Constitution, common Law and Contract Law the Claimant's rights, privlages, Liberties, Property, Due Process and equal Protections were/are violated by the State, as a private entity, "debt collector"; and is now responsible and Liable for the Collateral damage of such gross negligence of the elected officials of yavapai county, In and for the State of

(11)

Arizona.

IAW ARS 12-821.01(A) requires claimants to include a specific amount for which claim can be settled. This specific amount would be $ 2,500,001.00, If the STATE and listed defendants wanted to settle.

The claimant Frederick Lembach has given the Yavapai County Attorney and or the State of Arizona an option to withdraw from such contract. They refuse to allow an evidentiary hearing to establish the breaches of the Plea agreement or their liability of a contract.

This is pretty simple. First, the state executed a contract written in bad faith. Deputy county attorney Nristen Shaliff; said she had my wife's charges dropped before she executed the contract. That was a lie "bad faith" which would void contract; Second, you said I get "community Supervision" or parole. I dont, infact the Arizona Dept of corrections told me I need to inive community supervision, which inturn would alter plea agreement. I wont. another lie "bad faith and breach by the State. Third my Plea agreement sentence and charge or count is an illegal sentence again Plea written in bad faith and is voidable with liability attached

(2)

So under the State's and Yavapai County Attorney's own written Contract, I Challenge The State, Yavapai County, Yavapai County Attorney along with all Listed defendants in the Civil complaint of their Liability.

"Sue or be Sued"

Another option would be, The State overturnes my Conviction and I am entitled to the Pilot Program ARS 13,4296 Erroneous Conviction, where I am exonerated and criminal Conviction erased and rights restored.

1. ARS 13-4296;
2. 2500,001,00; or
3. 25,000,000,00

Frederick Lemboch, Claimant

(3)

FREDERICK WILLIAM LEMBACH III

370051

ASPC LEWIS/BARCHEY

PO BOX 70

BUCHEYE, AZ 85326

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 APR -6 PM 3:26 ✓

DONNA McQUALITY, CLERK

BY: E MARTELL

SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR YAVAPAI COUNTY

FREDERICK WILLIAM LEMBACH III, )     CN: S1300CV202600382
                Plaintiff         )
                                  )
VS.                               )     REQUEST FOR
                                  )        DISCOVERY
THE STATE OF ARIZONA, et.al.,     )
                Defendants        )

Pursuant to AZ CiVP Rule 26, Plaintiff Frederick Lembach III, Pro se, Request Discovery of seeking the Present or last known addresses of the defendants Listed in Complaint to Properly and timely Provide Service of Process

Plaintiff through "Contract" or Plea Agreement is ordered no contact of defendants.

Defendent(S) Dennis McGrane and Hrishn Shariffi would Know the Present or last known addresses of the Listed Defendant(S)

1. Steven Sisneros

(1)

2. Michael Morrison

3. Mikka Hawkins

4. Kayla Keith

5. Rachel Stevens

As Mr Sisneros and Mr Morrison is employed by the Yavapai County Attorney's Office.

As Ms Hawkins, Keith and Stevens are witnesses in Plaintiff's Criminal case where breach has occurred.

Defendant David Rhodes would Know the Present address of:

1. Det chad Nelson

2. Deputy Andre Schilling

Defendant Rhodes would Know the Full Legal name of

1. Det Perry

2. John Doe

with Present or Last Known address as they are/were employed by and for the Yavapai county Sheriff.

Plaintiff is Requesting the above to be Produced within 30 days of mailing to Plaintiff at the above address to Prevent any delay in the Serving of Process

(2)

I am entitled to conduct a appropicte discovery to obtain sufficient information to name and locate defendants accuratley in the complaint and to serve process on them.

Signed this 1st day of April 2026.

Frederick W Lembach III

Plaintiff, Pro Se

mailed April 2nd 2026 to:

yavapai County Superion Court
Clerk of the court
120 S cortez Rm207
Prescott, AZ 86303

Mohave County Superior Court - Div 3
Hon Judge Steve C. Moss
2225 Trane Rd
Bullhead City, AZ 86442

(3)

Yavapai County Attorney's Office
Dennis McGraine
255 East Gurley St
Prescott, AZ 86301

Yavapai County Sheriff's office/David Rhodes
255 E Gurley St
Prescott, AZ 86301

(4)

**X** YAVAPAI COUNTY COURTHOUSE
      PRESCOTT AZ   86303    (928) 771-3312

☐ VERDE VALLEY JUSTICE FACILITY   2840 N. COMMONWEALTH DR.
      CAMP VERDE AZ   86322    (928) 567-7741

3:47 **F I L E D** ρ
      O'Clock ____.M.

APR 08 2026 ✓

**SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR YAVAPAI COUNTY**

DONNA McQUALITY, Clerk

By: _____ **C DAGSGAARD** _____

| | |
|---|---|
| FREDERICK WILLIAM LEMBACH III, <br><br> Plaintiff <br><br> vs. <br><br> THE STATE OF ARIZONA et al., <br> Defendant | Case Number:  **S1300CV202600382** <br><br> **ORDER FOR ASSESSMENT AND COLLECTION OF INMATE COURT FEES AND/OR COSTS** <br><br> (Inmate DOC No. 370051      DOB 02/04/1975) |

**THE COURT FINDS**  FREDERICK WILLIAM LEMBACH III   is an inmate confined to a correctional facility operated by the Arizona State Department of Corrections and has initiated a civil action or proceeding, other than an action or proceeding for dissolution of marriage, legal separation or annulment or establishment, enforcement or modification of child support.   The amount of fees and/or costs due to date is **$35.00**.

**IN ACCORDANCE WITH A.R.S. § 12-302(E),**

   **IT IS ORDERED** a first time payment of twenty percent (20%) is assessed as a partial payment of the amount due.   If monies exist, the State Department of Corrections shall deduct this amount from the inmate's spendable account and remit it to the court.

   **IT IS FURTHER ORDERED** the Clerk of the Court shall forward to the Arizona State Department of Corrections an updated accounting of the amount of actual court fees and/or costs.

   **IT IS FURTHER ORDERED** the Arizona State Department of Corrections shall withhold twenty percent (20%) of all deposits in the inmate's spendable account until the actual court fees and/or costs are collected in full and shall annually forward any monies collected to this court.   Upon the inmate's release, the Arizona State Department of Corrections shall forward the amount of fees and/or costs collected through the date of the release.

   **IT IS FURTHER ORDERED** a copy of this order be mailed to the Arizona State Department of Corrections, Bureau of Business and Finance, and to the inmate personally.

DATED: _____ APR  8 2026 _____

Judge of the Superior Court

inmate.wpd   Revised 4/7/26

FREDERICK WILLIAM LEMBACH III

370051

ASPC LEWIS/BARCHEY

PO BOX 70

BUCHEYE, AZ 85326

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 APR -8 PM 4:49

DONNA McQUALITY, CLERK

BY: E. TIMM

## SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR YAVAPAI COUNTY

FREDERICK WILLIAM LEMBACH III,

Plaintiff

vs.

THE STATE OF ARIZONA, et.al.,

Defendants

CN: S1300CV202600382

MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFF'S
MOTION FOR APPOINTMENT
OF COUNSEL

## STATEMENT OF THE CASE

This is a civil complaint, filed under the authority of the U.S. and Ariz. Constitution, federal and state law where contract and common law are in play. Plaintiff is currently a State Prisoner that is asserting claims for Breach of contract written in bad faith by the State of Arizona, Yavapai County, Yavapai County Attorney and his employee's, Claims of violating Plaintiff's families US and Ariz. Const. rights of family Integrity and Privacy to include interferance by Government in a marriage, Also a claim of medical treatment indifference while injured while

(1)

under the Supervision of Yavapai County, the Yavapai county Sheriff and his employee's, The Plaintiff is seeking damages es to all claims to include Compensatory damages in the amount of $25,000,000.00, declatory relief and any other relief Plaintiff may be entitled to, to include any legal fees and Cost and any Attorney Fee's and Cost.

## STATEMENT OF FACTS

The State of Arizona, through the Yavapai County Attorney and his employee wrote, executed and filed a Plea agreement (exhibit 1) or Contract June 10 2024. affirmed by the Yavapai County Superior Court on July 1 2024, Where Hon McGill told Plaintiff he has a right to all terms and conditions of the Plea Agreement or by definition and Law "Contract",

Plea Agreement (exhibit 1) Pg 9 Para 9 States:

"This Plea Agreement in no way Prohibits or hinders the State's ability to Pursue a civil forfeiture or other Property forfeiture or other Property action Pursuant to titles 13, 28 or applicable sections of the Arizona Revised Statue or Federal Law."

(2)



# ARGUMENT

## POINT 1

The Court should appoint Counsel for the Plaintiff.

In deciding whether to appoint counsel for an indigent litigant, the Court should consider, "The factual complexity of the case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claims and the complexity of the legal issues." Abdullah V Gunter, 949 F, 2d 1032, 1035 (8th cir 1991) (citation omitted). In addition, Courts have suggested that the most important factor is whether the case appears to have merit. Carmona V. U.S. Bureau of Prisons, 293 F.3d 629, 632 (2nd cir 2001). Each of these factors weighs in favor of appointment of Counsel in this case.

28 USC §1915 (E)(i) The Court may request an attorney to represent any person unable to afford counsel. Weir V Potter, 214 F Supp. 2d 53, 55 (D Mass 2002). "holding a person not indigent enough to proceed informa Pauperis may be eligible for appointment of counsel."

Under the Ariz Const Art ll §13, ARS 12-341,01 and ARS 12-348, an attorney who is appointed and who wins the Case may be able to recover and awarded attorney's fees and cost.

(3)

## POINT 2

This Case is based on the U.S and Ariz Constitution under Common and Contract Law where the nature of the Claims are both Statuatory and of tort. This makes Petitioners Claims a complex case with multiple defendants that are interwoven with the Claim of breach of contract written in bad faith. Tabron V Grace, 6 F.3d at 156 (explaining that "where the law is not clear, it will often best serve the ends of Justice to have both sides of a difficult legal issue Presented by those trained in legal analysis.").

Certain types of cases Present Particular difficulties for Pro Se Litigants and appointment of Counsel would be approbriate. In addition, the factual issues are difficult and intertwined. Swofford V Mandiell, 969 F. 2d 547, 592 (7th cir 1992) Pointing out, "difficult and subtle questions" of the State of Mind required for diliberate indifference that is too complex for Pro Se Plaintiff's to understand and Present to a Jury.

Attorney's fees can be awarded arising out of contract. There fore appointment of counsel should be granted.

(4)

## POINT 3

The Plaintiff has demanded a Jury trial. The fact that a case will be tried before a Jury also supports the appointment of counsel. The defense of Qualified or absolute immunity, also supports the appointment of counsel.

Plaintiff believes by Plea agreement (exhibit 1) Para 9, the STATE has waived any and all immunity, implied I can Owe them or owe them which implies by common Law ARS Title 12 and ARS Title 47 UCC The State is a "Creditor", "debt collector" or Private entity. Where a Private entity is not afforded immunity. Vines v. Howard, 26 F. SUPP. 608, 616 (E.D. PA 1987) "issues of qualified immunity, the related issues of damages and possible trial on such issues would be best handled by an experienced attorney."

## POINT 4

The ability of the indigent to present his claim. The Plaintiff is an indigent prisoner with no legal training. A factor that supports the appointment of counsel: Forbes V Edgar, 112 F.3d 262, 269 (7th cir 1997). In addition Petitioner has no possible or knowing way to proceed.

(5)

Plaitiff, as a Prisoner or Inmate with the Arizona Dept, of corrections has no way of Contacting a process server, an attorney or even a Paralegal. Per ADCRR Directors orders Inmates Phone calls are restricted to Persons of an inmates Visitations List. Petitioner can not Serve or Summons the defendants IAW A,R,Cıv,P 4.1 In addition mail is restricted to legal mail by a Legal Professional, Per ADCRR Director order 914 Inmate mail an Inmate can only re ceive Paper mail if sent from a Legal Professional. If Petitioner mailed defendants a copy of the summons, a copy of AR Civ P form 1 and 2 waiver of Service and acceptance with a Pre addressed Stamp or Pre Paid envelope addressed to himself would be a waste of resources to include time, monies and effort. Abdullah V Gunter, 949 F.2d 1032, 1035 (8th cir 1991) "courts are to evaluate the merits of a Prisoners claims, the nature and complexity of Factual and legal issues, and the Prisoner's ability to investigate the facts and Present his claims."

POINT 5

Merit of the Case, The Plaintiff's allegations or claims if Proved, Clearly would establish a breach in contract written in bad faith with multiple U,S, and Ariz Constitutional rights Violation while Violating State and Federal law. Cooper V A. Sargentico, INC 877 F.2d 170, 173, 74 (2d cir 1989) "... the most

(6)

important disability of the poor claimant maybe not so much his lack of funds but his lack of practicle access to attorney's. If the indigent Plaintiff is a Prison inmate or a homeless vagrant, he may have no effective means of bringing his claim to the attention of the Lawyer market place to have its merit appraised."

The Arizona Constitution requires equal access to Justice regardless of the Plaintiffs financial Status, Arnold v. Arizona Dept, of Health Servs., 160 Ariz. 593, 775 P.2d 521 (Ariz 1989). Arizona Constitution Act. II 3/13 with respect to ARS 12-348 the State version of the Equal Access to Justice Act (28 USCS § 2412) is another factor this Court should consider Granting Petitioners Motion to Appoint Counsel.

## CONCLUSION

For the foregoing reasons, this Court should Grant The Plaintiffs Motion and appoint Plaintiff counsel in this case.

Signed this 3rd day of April 2026

Frederick william Lambert III

(7)

Mailed the 6th day of April 2026 to:

Yarapai County Superior Court
Clerk of the court
120 Scooter
Prescott, AZ 86303

Mohave County Superior court Div 3
Hon Steve C Moss
2225 Trane Rd
Bullhead City, AZ 86442

(8)

FREDERICK WILLIAM LEMBACH III

370051

ASPC LEWIS/BARCHEY

PO BOX 70

BUCKEYE, AZ 85326

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 APR -8 PM 4:49

DONNA McQUALITY, CLERK

BY: E. Timm

SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR YAVAPAI COUNTY

FREDERICK WILLIAM LEMBACH III, )  CN: S1300CV202600382

Plaintiff )

VS. ) MOTION FOR

) APPOINTMENT OF

THE STATE OF ARIZONA, et. al., ) COUNSEL

Defendants )

Plaintiff, Frederick William Lembach III, an inmate, incarcerated with the Ariz Dept of Corrections, respectfully motions this Court for the appointment of counsel. Pursuant to the Ariz Const. Art II §13 and the Equal access to Justice act where an attorney can recover cost IAW ARS 12-391.01 and a Court may award fee's and cost IAW ARS 12-348.

Appointment to represent Plaintiff is necessary in this case for the following reasons:

1. Plaintiff is indigent.

(1)

2. Plaintiff is unable to afford counsel.

3. Issues in this case are complex.

4. Plaintiff is unable to Properly "Summons" or "Serve" the Defendants IAW A.R.Civ.P. and the Ariz. Dept. of correction's Director's orders.

5. Plaintiffs ability to investigate and discover the facts of the case.

6. Conflicting testimony between Plaintiff and Defendants.

7. Ability of the indigent Plaintiff to Present his claim.

8. The Legal complexity of this case

9. Merits of Plaintiff's claims

10. Plaintiff has limited Knowledge of the law.

WHEREFORE, this Honorable Court should appoint Counsel to represent the Plaintiff.

Signed this 3rd day of April 2026

Frederick William Lembeck III

Mailed April 6 2026 to:

Yavapai county Superior court

Clerk of the court

120 S carter

Prescott, AZ 86303

(2)

Mohave County Superior Court Div 3

HON Steve C Moss

2225 Trane Rd

Bullhead City, AZ 86442

(3)

FREDERICK WILLIAM LEMBACH III

370051

ASPC LEWIS/BARCHEY

PO BOX 70

BUCHEYE, AZ 85326


SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR YAVAPAI COUNTY


FREDERICK WILLIAM LEMBACH III,        )    CN: S1300CV202600382

              Plaintiff                                )

VS.                                                          )    DECLARATION IN SUPPORT

                                                              )    OF PLAINTIFF'S MOTION

THE STATE OF ARIZONA, et.al.,       )    FOR THE APPOINTMENT

              Defendants                             )           OF COUNSEL


     I Frederick William Lembach III State the following;


1. I am the Plaintiff in the above-entitled case. I make this declaration in support of my motion for the appointment of counsel.


     2. The complaint in this case alleges, The State of Arizona, The Yavapai County Attorney breached Plea Agreement (exhibit 1) written in bad faith by DCA Kristin Sheriff. It also alleges defendant's conspired to damage and injure the Lembach's families integrity and Privacy, with the allegation Plaintiff was injured under the supervision of

(1)

Yavapai county, Sheriff and defendant John Doe.

3. This is a complex case because it contains several different legal claims of contract law, common law, the U.S. constitution and the Ariz constitution. Each claim involves a different set of defendants.

4. This Case involves medical issues that may require expert testimony.

5. The Plaintiff has demanded a Jury trial.

6. The Case will require discovery and depositions of a number of witness's and defendant's.

7. The testimony will be in sharp conflict, since the Plaintiff is alleging a contract breach written in bad faith, along with US and Ariz constitution violations.

8. The Plaintiff has no legal training.

9. The Plaintiff is an inmate, currently incarcerated with the Ariz. Dept of corrections. He has limited to no access to the Law, legal materials or communication with the outside world. Phone calls are limited to an inmates visitation list. I cant call attorney's to seek representation. I have no Attorney's address's.

(2)

10. Plaintiff is declared indigent by the State of Arizona.

11. As set forth in the Memorandum of Law Submitted with this Motion, these facts, along with the legal merit of Plaintiff's Claims, Support the Appointment of Counsel to represent the Plaintiff.

WHEREFORE, the Plaintiff's Motion for Appointment of Counsel Should be granted.

Pursuant to 28 USC §1746, I declare under penalty of Perjury under the laws of the United States of America that the foregoing is true and correct.

Signed and executed this 3rd day of April 2026.

Frederick William Lembach III

Mailed the 6th day of April 2026.

Yavapai County Superior court
Clerk of the court

120 s cortez
Prescott, AZ 86303

(3)



Mohave County Superior Court Div 3

Hon Steve C Moss

2225 Trane Rd.

Bullhead City, AZ 86442

(4)

# EXHIBIT 1

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

**FILED** ~~5~~ O'Clock ___ P .M.

## IN AND FOR THE COUNTY OF YAVAPAI

JUN 10 2024

| | |
|---|---|
| STATE OF ARIZONA, | NO. S1300CR202300841 |
| Plaintiff, | DONNA McQUALITY, Clerk |
| | **PLEA AGREEMENT** By: _K. Moon_ |
| vs. | |
| **FREDERICK WILLIAM LEMBACH, III,** | |
| Defendant. | |
| DOB:    02/04/1975 | |
| SSN:    XXX-XX-5786 | |

The **STATE OF ARIZONA** and the Defendant hereby agree to the following disposition of this case:

**PLEA:**    The Defendant agrees to plead **GUILTY** to:

**Count 1 of the Indictment (As Amended): ATTEMPTED LURING A MINOR FOR SEXUAL EXPLOITATION PER DANGEROUS CRIME AGAINST CHILDREN,** VICTIM D.W, committed on or about June 27, 2023, in violation of ARS §§13-3554(A), 13-1001, and 13-3821, 13-610, 13-701, and 13-801, a class 4 felony committed near or in Prescott Valley, Arizona within Yavapai County.

**Count 4 of the Indictment (As Amended): ATTEMPT SEXUAL ASSAULT,** committed on or about June 27, 2023, in violation of ARS§§13-1406(A), 13-1001, 13-3821, 13-610, 13-701, AND 13-801, a class 3 felony committed near or in Prescott Valley, Arizona within Yavapai County.

**Count 5 of the Indictment (As Amended): ATTEMPTED LURING A MINOR FOR SEXUAL EXPLOITATION PER DANGEROUS CRIME AGAINST CHILDREN,** VICTIM A.K., committed on or about June 27, 2023, in violation of ARS §§13-3554(A), 13-1001, and 13-3821, 13-610, 13-701, and 13-801, a class 4 felony committed near or in Prescott Valley, Arizona within Yavapai County.

**These are non-dangerous, non-repetitive offenses under the Criminal Code.**

**TERMS:**    On the following understanding, terms and conditions:

1. Pursuant to A.R.S. §§13-702 and 13-701, each **class 3 felony** carries a presumptive sentence of 3.5 years; a minimum sentence of 2.5 years (a mitigated sentence of 2 years); and a maximum sentence of 7 years (an aggravated sentence of 8.75 years).

C: PCA(e)
BELEN LAW FIRM (e)                2 — 8.75

2. Pursuant to A.R.S. §§13-702 and 13-701, each **class 4 felony** carries a presumptive sentence of 2.5 years; a minimum sentence of 1.5 years (a mitigated sentence of 1 year); and a maximum sentence of 3 years (an aggravated sentence of 3.75 years).

Pursuant to A.R.S. §13-801, the maximum fine that can be imposed for each felony is $150,000 plus 79% in surcharges.

**As to Count 1 and 5, lifetime probation is available.**

**As to Count 4 (As Amended), probation is not available.**

Restitution of economic loss to all named victims listed in the indictment and police reports, or their subrogees/guardians, (including, but not limited to, the Yavapai County Crime Victim Compensation Fund and/or the victim(s)'s insurance or benefit plan) or any third parties who provided or will provide medical or mental health services to the victim(s), shall be required.

A defendant who is sentenced to prison is eligible to earn a release credit day for every six (6) days served.

If/when Defendant is sentenced to prison, Defendant shall also be sentenced to serve a term of **community supervision** equal to one-seventh of the prison term; this community supervision term shall be served consecutively to the actual period of imprisonment. If Defendant fails to abide by the conditions of community supervision, Defendant can be required to serve the remaining term of community supervision in prison.

Pursuant to A.R.S. §13-610, Defendant shall submit to deoxyribonucleic acid (DNA) testing for law enforcement identification purposes.

**Special conditions regarding sentence, parole, or commutation, if any:**

Pursuant to A.R.S. §13-3821, et seq., Defendant must register as a sexual offender with the Sheriff of the county within which he/she resides.

Pursuant to A.R.S. §13-3821(Q), for any offense for which the Defendant is required to register as a sexual offender, the Court shall order the Defendant to pay an additional assessment of $250.00. This assessment is not subject to any surcharge.

Pursuant to A.R.S. §13-610, Defendant shall submit to deoxyribonucleic acid (DNA) testing for law enforcement identification purposes.

2



Pursuant to A.R.S. §13-1415, Defendant may be required to submit to a test for the human immune deficiency virus (HIV).

Pursuant to A.R.S. §13-902(G), if a term of probation is imposed for a crime under A.R.S. §13-705 the Court may require global position system monitoring of Defendant for the duration of the term of probation. The Court may impose a fee to offset the cost of the monitoring device. The fee shall be deposited in the adult probation services fund pursuant to A.R.S. §§12-267(A)(3) and 13-902(G).

In the event the Defendant is placed on probation, the Court shall impose the following terms of probation in addition to all standard terms and any other terms deemed appropriate by the Court:

A. CONTACT WITH CHILDREN
   1) Notwithstanding any court order to the contrary, Defendant shall not reside with any child under the age of 18 or contact any children in any manner unless approved in advance and in writing by the Probation Officer.

   2) Defendant shall not enter onto the premises, travel past or loiter near where the victim resides except under the circumstances approved in advance and in writing by the Probation Officer. Defendant shall have no correspondence, telephone contact or communication through a third party with the victim.

   3) Defendant shall not go to or loiter near school yards, parks, playgrounds, arcades or other places primarily used by children under the age of 18 without permission of the Probation Officer.

   4) Defendant shall not socialize with anyone who has children under the age of 18 without permission of the Probation Officer.

B. TREATMENT
   1) Defendant shall actively participate in sex offender treatment and remain in such treatment at the direction of the Probation Officer.

   2) Defendant shall submit to any program of psychological or physiological assessment at the direction of the Probation Officer, including but not limited to Abel testing and/or the polygraph and/or the penile plethysmograph, to assist in treatment, planning, and case monitor.

   3) Defendant shall allow any therapist to disclose to the Court information about his/her attendance and progress in treatment.

C. OTHER REQUIREMENTS

3



1) Defendant shall reside at a place approved by the Probation Officer and shall not be in possession of a police scanner at any time.

2) Defendant shall abide by any curfew imposed by the Probation Officer.

3) Defendant shall not possess any media that is sexually oriented and/or that contains depictions of partially of fully exposed breasts, buttocks, or male or female genitalia. Defendant shall not possess or view any material deemed inappropriate by treatment staff or the probation department. This shall include, but is not limited to, the possession of any printed material or access to any electronic communications, Internet, cable network or satellite company that offers any depictions that contain partial or full nudity, sexual acts or inducements. Defendant shall not go in or frequent any bar, restaurant, club, movie theater, brothel, nudist colony or sexually oriented business, which presents persons in various states of undress, or in any form or medium, that presents, exhibits, displays or simulates any sexual conduct.

4) Defendant shall be responsible for his/her appearance at all times. This includes the wearing of undergarments and clothing in places where another person may be expected to view him/her.

5) Defendant shall not hitchhike or pick up hitchhikers.

6) Defendant shall not utilize telephone sex lines (900 telephone numbers or their equivalent) without permission of the Probation Officer.

7) Defendant shall abide by all terms and restrictions of the family reunification procedure as mandated in writing by the Probation Officer.

8) Defendant will not use or possess any computer equipment or access the Internet without the prior written approval of the Probation Officer.

STATUTORY REQUIREMENTS

1) Defendant shall register as a sex offender with the sheriff of the county in which Defendant resides within ten (10) days after conviction or within ten (10) days after entering and remaining, even temporarily, in any county of this state per A.R.S. §13-3821(A).

2) At the time of registering and every year thereafter, defendant shall register any required online identifiers (all e-mail addresses, and all names associated or used for instant messenger, chat, social networking or other similar internet communication name) and the names of any websites or internet communication services where the identifier is being used. The defendant shall notify the sheriff within 72 hours (excluding weekends and legal holidays) after making any change

4

to any online identifier, and shall notify the sheriff before using any changed or new online identifier.

3) Defendant shall, at initial registration and every year after, obtain a non-operating identification license or driver's license from the Motor Vehicle Division at the Department of Transportation per A.R.S. §13-3821(I).

4) Defendant shall notify, in person and in writing, the sheriff of the county in which the Defendant resides of any name or address change within seventy-two (72) hours per A.R.S. §13-3822(A).

5) Defendant shall, within seventy-two (72) hours after moving from a county where registered, notify, in writing, the sheriff of the county from which the Defendant has moved, per A.R.S. §13-3822(B).

6) Defendant shall submit a sample of blood or other bodily substances for DNA testing within thirty (30) days of conviction at the direction of the Arizona Department of Corrections, county jail or probation department per A.R.S. §13-610.

7) Pursuant to A.R.S. §13-902(G), if a term of probation is imposed for a crime under A.R.S. §13-705 or 13-604.01, the Court may require global position system monitoring of Defendant for the duration of the term of probation.

2. The parties stipulate to the following additional terms (subject to Court approval at sentencing as set forth in paragraph 8):

**As to Count 4 (As Amended):**

**The defendant shall be sentenced to the presumptive term of 3.5 years in the department of corrections.**

**The defendant shall have no contact with the victims and the victims' family members. The defendant must register as a sex offender.**

**As to Counts 1 (As Amended) and 5 (As Amended):**

**Upon his release for the department of corrections for the term of years imposed for Count 4 (As Amended), the defendant shall be placed on lifetime probation for Count 1 (As Amended). The defendant shall be placed on lifetime probation for Count 5 (As Amended). These terms shall run consecutively to each other. Should the defendant reject lifetime probation, the defendant shall be sentenced to the department of corrections for Count 1 (As Amended) for a term of 3.5 years and a term of 3.5 years**

for Count 5 (As Amended). These terms shall run consecutively to each other for a total of 7 years.

The defendant shall have no contact with the victims and the victims' family members.

As a term of lifetime probation, the defendant shall participate in and complete sex offender treatment. The defendant must register as a sex offender.

As a term of lifetime probation, the defendant shall complete a drug and alcohol abuse assessment and comply with treatment recommendations.

As to All Counts:

Defendant agrees to make a factual basis for the change of plea.

Defendant shall pay a fine of not less than $750.00 plus 79% in surcharges. If Defendant is required by law to pay a fine as part of the special conditions of sentencing for a particular offense, then the Court shall impose the greater of the fines plus surcharges. The fine and/or surcharges shall not be waived by the Court. Pursuant to A.R.S. §12-116.04, Defendant shall also pay a $13.00 crime penalty assessment. Pursuant to A.R.S. §12-116.08, Defendant shall also pay a $9.00 victims' right enforcement fund penalty assessment. Pursuant to A.R.S. §12-116.09, Defendant shall also pay a $2.00 victims' rights enforcement fund penalty assessment.

Pursuant to A.R.S. §13-4436 and/or stipulation of the parties, the Court shall retain jurisdiction to decide any and all victim restitution issues in this matter during any period of probation or imprisonment imposed upon Defendant (or any other constitutionally or statutorily authorized period of time) including the amount of restitution (unless it is already stipulated in this Plea Agreement). For purposes of any restitution hearing, the parties stipulate that the Arizona Rules of Evidence shall not apply to the presentation of evidence to the Court by the State on behalf of the victim(s) or their subrogees (including, but not limited to, the Yavapai County Crime Victim Compensation Fund and/or the victim(s)'s insurance or benefit plan) or any third parties who provided or will provide medical or mental health services to the victim(s). Additionally, the parties stipulate that in lieu of victim testimony, the Court may consider written statements or summaries from the victim(s) or estate of the victim(s) concerning restitution. Defendant agrees that the amount of restitution will not be limited by the nature or level of the particular crime(s) pled to above. Defendant agrees to fully repay any third parties who provided or will provide medical or mental health services to the victim(s) arising from defendant's conduct, notwithstanding any agreement between the third party and the victim (or anyone acting on the victim's behalf) that reduced the victim's obligation to repay the full amount of the debt through any agreement. Defendant agrees to pay restitution to the victim(s) of his/her criminal conduct, or their subrogees or any third parties who provided

6

or will provide medical or mental health services to the victim(s) (see above), whether or not they are included in the Indictment/Information or this Plea Agreement. Defendant understands that any restitution shall incur interest at the statutory rate of ten percent (10%) per annum.

If/When Defendant is sentenced to prison (either at time of sentencing or any probation disposition) and if the Court orders restitution, the Department of Corrections pursuant to A.R.S. §31-230 shall withdraw the maximum allowable percentage of monies available in Defendant's prisoner's spendable account each month and to forward that amount to the Clerk of Yavapai County Superior Court to credit toward the Restitution ordered.

Defendant shall not enter or remain in the United States in violation of any federal immigration laws.

3. The following charges are dismissed, or if not yet filed, shall not be brought against Defendant:

All remaining counts of the Information or Indictment not pled to above.

The State agrees not to allege ARS 13-705 for sentencing purposes in regard to all counts listed in the plea agreement.

The State agrees not to charge, Trinity Rose Lembach with the below crimes, based on the facts known to police as of 06/04/2024 as memorized in YCSO Department Report No. 23-022714.
Contribute to the delinquency of minors ARS 13-3612
Child Abuse under all theories of ARS 13-3623(B)
Luring a minor for sexual exploitation ARS 13-3554(A)
Attempt to Commit Sexual Conduct with a minor ARS 13-1405(A), 13-1001

4. This Plea Agreement, unless rejected or withdrawn or subsequently set aside in post-conviction proceedings, serves to amend the complaint, indictment, or information to charge the offense to which Defendant pleads, without the filing of any additional pleading. If the Plea Agreement is rejected or withdrawn, or if the conviction is subsequently set aside in post-conviction proceedings, the original charges and any charges that are dismissed by reason of this Plea Agreement are automatically reinstated. Defendant hereby waives any statute of limitations defense as to charges dismissed pursuant to this Plea Agreement.

5. Defendant, by entering this Plea Agreement, hereby waives and gives up his/her rights to a preliminary hearing or other probable cause determination on the charges to which he/she pleads. Defendant agrees that this Plea Agreement shall not be binding on the State should Defendant be charged with or commit a crime between the time this Plea Agreement was offered by the State to the Defendant and the time for sentencing in this cause; nor

7



shall this Plea Agreement be binding on the State until the State confirms all representations made by Defendant and his/her attorney, to-wit: Defendant avows that he/she has no prior felony convictions, and agrees, should it be determined that he/she does have one or more felony convictions, to waive double jeopardy to allow the State to withdraw from this Plea Agreement and to reinstatement of the original charges together with the further possibility of an allegation of such prior record at the discretion of the prosecutor.

Defendant avows that all personal identifying information (name, partial social security number, and date of birth) contained in this Plea Agreement is true and correct. Further, Defendant acknowledges that the State has relied on the personal information provided at his/her arrest before offering this Plea Agreement and understands that if the personal identifying information contained herein is false, the State may withdraw from this Plea Agreement and that he/she may be subjected to further prosecution for these false statements.

6. Unless this Plea Agreement is rejected or withdrawn, Defendant hereby waives and gives up any and all motions, defenses, objections, or requests which he/she has made or raised, or could assert hereafter, to the Court's entry of judgment against him/her and imposition of a sentence upon him/her consistent with this Plea Agreement. Defendant acknowledges that by entering this Plea Agreement he/she will have no right of direct appeal (A.R.S. §13-4033).

7. The parties hereto fully and completely understand and agree that by entering into this Plea Agreement, Defendant consents to judicial fact-finding by a preponderance of the evidence as to any aspect or enhancement of sentence, and that any sentence either stipulated to or recommended herein in paragraph 2 is not binding on the Court. In making the sentencing determination, the Court is not bound by the rules of evidence. If, after accepting this Plea Agreement, the Court concludes that any of its provisions regarding the sentence or the term and conditions of probation are inappropriate, it can reject the plea, giving the State and Defendant each an opportunity to withdraw from the Plea Agreement. In the event this Plea Agreement is withdrawn, all original charges will be automatically reinstated.

8. The parties hereto fully and completely understand and agree that it is the Court's duty to impose sentence upon Defendant and that any sentence either stipulated to or recommended herein in paragraph 2 is not binding upon the Court, and that the Court need not accept either the stipulation or recommendation but is bound only by the limits set forth in paragraph 1 and the applicable statutes.

8



9.  This Plea Agreement in no way prohibits or hinders the State's ability to pursue a civil forfeiture or other property forfeiture or other property forfeiture action pursuant to Titles 13, 28 or other applicable sections of the Arizona Revised Statutes or Federal law.

10.  If you are not a citizen of the United States, pleading guilty or no contest to a crime may affect your immigration status.  Admitting guilt may result in deportation, even if the charge is later dismissed.  Your plea or admission of guilt could result in your deportation or removal, could prevent you from ever being able to get legal status in the United States, or could prevent you from becoming a United States citizen.

I have read and understand the provisions of this Plea Agreement.  I have discussed the case and my constitutional rights with my lawyer.  I understand that by pleading **guilty,** I will be waiving and giving up my right to a trial by jury to determine guilt and to determine any fact used to impose a sentence within the range stated above in paragraph 1, to confront, cross-examine, compel the attendance of witnesses, to present evidence in my behalf, my privilege against self-incrimination and the presumption of innocence.  I agree to enter my plea as indicated above on the terms and conditions set forth herein.  I fully understand that if, as part of this plea bargain, I am granted probation by the Court, the terms and conditions thereof are subject to modification at any time during the period of probation.  I understand that if I violate any of the written conditions of my probation, my probation may be terminated and I can be sentenced to any term or terms stated above in paragraph 1.

9

I have personally and voluntarily placed my initials on each page of this Plea Agreement and I have signed the signature line below to indicate that I have read and approved of all of the previous paragraphs in this Plea Agreement, both individually and as a total binding agreement.

6-10-24
Date

**FREDERICK WILLIAM LEMBACH, III**
Defendant

I have discussed this case with my client in detail and advised my client of his/her constitutional rights and all possible defenses. I believe that the defendant's plea is knowing, intelligent, and voluntary and that the plea and disposition are consistent with law.

6/10/24
Date

**Claudia Ramirez**
Attorney for Defendant

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

06/07/2024
Date

**Kristen Sharifi**
Deputy County Attorney

10

FILED
DATE AND TIME:
4/13/2026 10:10 AM
DONNA MCQUALITY,
CLERK
BY: JONATHON DEROIS
Deputy

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MOHAVE**

**HONORABLE STEVEN C. MOSS**                    **DATE:  APRIL 13, 2026**
**DIVISION III**                                                                                    **kc**

| ORDER |
| --- |

| | |
| --- | --- |
| **FREDERICK WILLIAM LEMBACH III, et al.** | **CASE NO.:  S1300CV-2026-00382** |
| **Plaintiff(s),** | |
| **vs.** | |
| **THE STATE OF ARIZONA, et al.** | |
| **Defendant(s).** | |

The Court has received and reviewed the following:

1. Plaintiff's Request for Discovery filed April 6, 2026.
2. Plaintiff's Notice of Filing filed April 6, 2026.
3. Plaintiff's Motion for Appointment of Counsel filed April 8, 2026.
4. Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Appointment of Counsel filed April 8, 2026.

This appears to be a civil case seeking monetary damages.  Court appointed counsel is not provided in civil cases.

**IT IS ORDERED** denying the Motion for Appointment of Counsel.

The Notice of Filing appears to be an offer of settlement and/or notice of claim. Settlement is for the parties to work out, not this Court.  This Court resolves matters either by stipulation, motion or trial.

**IT IS ORDERED** taking no action on the Notice of Filing.

The Request for Discovery is premature.  Disclosure and discovery occurs when all parties are joined.

**IT IS ORDERED** taking no action on the Request for Discovery at this time. Plaintiff may re-urge the motion upon joinder of all parties.


cc:

Frederick Lembach III, AZ DOC#370051
ASPC Lewis/Barchey Unit
PO Box 70
Buckeye, AZ 85326
Plaintiff

FREDERICK WILLIAM LEMBACH III

370051

ASPC LEWIS/BARCHEY

PO BOX 70

BUCKEYE, AZ 85326

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 APR 27 PM 4:18 ✓

DONNA McQUALITY, CLERK

BY:_____ E MARTELL

SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR YAVAPAI COUNTY

| | | |
|---|---|---|
| FREDERICK WILLIAM LEMBACH III, | ) | CN: S1300CV202600382 |
| Plaintiff | ) | |
| VS. | ) | MOTION FOR |
| | ) | RECONSIDERATION |
| THE STATE OF ARIZONA, et.al., | ) | (MOTION FOR APPOINTMENT |
| Defendants | ) | OF COUNSEL) |

Plaintiff, Frederick William Lembach III, an inmate, respectfully motions this Court to reconsider Plaintiffs Motion for Appointment of counsel, Pursuant to Ariz R Civ. P Rule 23 Class Action.

Where as Ariz R Civ P Rule 23(g)(3) Interim Counsel: The Court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action.

Plaintiff meets and maintains Ariz R Civ P Rule 23(a) as the Prerequisite of a class action suit, where Appointment of counsel or as an alternative Appointment of an interim counsel is necessary.

(1)

Defendant(s), by way of Contract has waived their immunities and Positioned themselves as a "Creditor". It is the Public's and the Citizens of Arizona, upmost importance, where their unjust imposition, Punishment of citizens (innocent or guilty), under threat of civil or Property forfeiture, Susceptible to incarceration or alternative government control for the Purpose of inducing the consent to contract. Defined as duress by the State. "Your Money or Your Life" incarceration or Incarceration alternative that can deprive a Person of their Liberty and Property facilitating the Leverage of Plea bargining to induce assent.

By applying Plaintiff's contract Provision executed by the State, under the theory of Common law of contract, Petitioner seeks redress, release from burdensome debt, Fees, fines future civil or Property forfeiture by the State or any other Government enforcement Power, through restitution, Compensation and the State fund for injury and damage to ones family and marriage.

Prima facia, the State through its representatives, reinstituted involuntary servitude or one could say System of Black Peonage, and Yavapai County, through the Yavapai County Attorney and his representatives developed a regime of Public administration for Profit. In today's age or reality "Blackmail" and "Forced Labor" using oppressive and exploitive tactics violating the U.S. and Ariz. Constitution, Federal and State Law.

(2)

WHEREFORE, by Constitutional right, Federal and State Law IAW Ariz. R. Civ. P. Rule 23, this Honoreble Court should appoint Plaintiff Counsel.

Signed this 22 day of April, 2026.

Frederick william Lembach III

The foregoing was mailed 24 April 2026 to:

Mohave County Superior court
Hon Steve C. Moss   DiV 3
2225 Trane Rd
Bullhead City, AZ 86447

Yavapai County Superior court
Clerk of the Court
120 S Cortez
Prescott, AZ 86303

(3)

FILED
DATE AND TIME:
5/1/2026 3:10 PM
DONNA MCQUALITY, CLERK
BY: JONATHON DEROIS
Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MOHAVE

**HONORABLE STEVEN C. MOSS**           **DATE:  APRIL 30, 2026**
**DIVISION III**                                                              kc

| ORDER |
|---|

| | |
|---|---|
| **FREDERICK WILLIAM LEMBACH III, et al.** | **CASE NO.:  S1300CV-2026-00382** |
| **Plaintiff(s),** | |
| **vs.** | |
| **THE STATE OF ARIZONA, et al.** | |
| **Defendant(s).** | |

The Court has received and reviewed Plaintiff's Motion for Reconsideration (Motion for Appointment of Counsel) filed on April 27, 2026.

**IT IS ORDERED** denying the Motion.

**IT IS FURTHER ORDERED** directing the Judicial Assistant to bring the file to the Court's attention on June 22, 2026, for internal review.

cc:

Frederick Lembach III, AZ DOC#370051
ASPC Lewis/Barchey Unit
PO Box 70
Buckeye, AZ 85326
Plaintiff

Person Filing: <u>Frederick William Lembach III 370051</u>

Address (if not protected): <u>ASPC Lewis/Barchey Unit</u>

City, State, Zip Code: <u>P.O. Box 70, Buckeye, AZ 85326</u>

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

For Clerk's Use Only

## SUPERIOR COURT OF ARIZONA
### IN <u>YAVAPAI</u> COUNTY

<u>Frederick William Lembach III</u>

**Name of Plaintiff**

Case Number: <u>S1300CV202600 382</u>

**And**

**SUMMONS**

<u>The State of Arizona, et al</u>.

**Name of Defendant**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** <u>The State of Arizona</u>

**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of

Case Number: S1300CV202600382

this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

DONNA McQUALITY

SIGNED AND SEALED this date    May 13th, 2026

CLERK OF SUPERIOR COURT

By _____

Deputy Clerk

Arizona Supreme Court                          Page 2 of 2                          CV11f-092917

Person Filing: <u>Frederick William Lembach III 370051</u>

Address (if not protected): <u>ASPC Lewis/Barchey Unit</u>

City, State, Zip Code: <u>P.O. Box 70, Buckeye, AZ 85326</u>

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

For Clerk's Use Only

## SUPERIOR COURT OF ARIZONA
## IN ____YAVAPAI____ COUNTY

<u>Frederick William Lembach III</u>

**Name of Plaintiff**

**Case Number:** <u>S1300CV202600382</u>

**And**

**SUMMONS**

<u>The State of Arizona, et al.</u>

**Name of Defendant**

---

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** ____Yavapai County____

**Name of Defendant**

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of

Case Number:    S1300CV202600382

this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

**SIGNED AND SEALED this date**    May 13th, 2026    DONNA McQUALITY

**CLERK OF SUPERIOR COURT**

By _____
Deputy Clerk

FREDERICK LEMBACH 370051

ASPC LEWIS / BARCHEY

PO BOX 70

BUCKEYE, AZ 85326

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN -9 AM 8:18

DONNA McQUALITY, CLERK

BY: ____ V CANTU

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF YAVAPAI

FREDERICK WILLIAM LEMBACH II, )

TRINITY ROSE LEMBACH, ) CN: S1300CV202600382

C MARRIED COUPLE, and WITH )

MINOR CHILDREN, ) CIVIL COMPLAINT

Plaintiffs, )

) JURY TRIAL DEMANDED

V. )

) FIRST AMENDED COMPLAINT

1) THE STATE OF ARIZONA, )

2) YAVAPAI COUNTY, ARIZONA, )

3) DENNIS M McGRANE, )

4) KRISTIN SHANLEY, )

5) STEVEN SISNEROS, )

6) MICHAEL MORRISON, )

7) TONY GONZALES, )

8) DAVID RHODES, )

9) CHAD NELSON, )

10) DET PERRY, )

11) ANDRE SCHILLING, )

12) J. HUBBLE, )

(1)

13) MIKKA HAWKINS,           )

14) NAYLA KEITH,             )

15) RACHEL STEVENS,          )

16) STACEY APOLINAR,         )

17) CELE HANCOCK,            )

18) JANE DOE,                )

19) JOHN DOE,                )

        Respondent's.  )


            A. JURISDICTION


    COMES NOW, Plaintiff's Frederick William Lembach III, Trinity Rose Lembach, a married couple w/(5) minor children Moves this honorable Court to issue Compensatory damages in the amount of $ 25,000,000 and Punitive damages.

    The Court has Jurisdiction over Plaintiff's claims Pursuant to the Ariz. Const. Act II § 13, 16, 31; Ariz. Rev. Statue 12-122 and 123; ARS 12-821.01; and IAw Ariz. R. Civ. P.

    Violations of the Plaintiff's U.S and Ariz. Constitutional rights occurred by the Defendant's. Where by, the Defendants violated State Law to oppress and discriminate the Plaintiff's Legal marriage., Families Integrity and Privacy by the People within Yavapai County by Elected officials and employee's to include the Yavapai County Attorney's office, Public Defender's office and the Yavapai county Sheriff's office.

    WHERE By ARS 13-2314 (B) This court has Jurisdiction and is of the Public's upmost importance.

(2)

## B. PARTIES

1) Plaintiff, Frederick Lembach II, currently incarcerated in Buckeye, AZ., ASPC Lewis/Barchey. Before incarceration was a citizen of Yavapai county, AZ, during the events described in this Amended complaint;

2) Plaintiff, Trinity Rose Lembach is a citizen of Yavapai county, AZ,;

3) Plaintiff's (5) minor children (J.L.)(J.L)(D.M)(T.M)(A.L);

4) Respondent, THE STATE OF ARIZONA, Creditor in and for Yavapai county, AZ;

5) Respondent, Yavapai county, a Public entity in and for the State of Arizona;

6) Respondent, Dennis M McGrane, elected County Attorney of Yavapai county. He is sued in his individual and official capacity;

7) Respondent, Kristen Shariti, Deputy County Attorney (Former) for Yavapai County. She is sued in her individual and official capacity;

8) Respondent Steven Sisneros, Deputy county Attorney for Yavapai county, He is sued in his individual and official capacity;

9) Respondent Michael Morrison, Deputy county Attorney for Yavapai county, He is sued in his individual and official capacity;

10) Respondent Tony Gonzales, Yavapai county Public Defender. He is sued in his individual and official capacity;

11) Respondent David Rhodes, elected Sheriff of Yavapai county. He is sued in his individual and official capacity;

12) Respondent Chad Nelson, Detective for the Yavapai county Sheriff in and for Yavapai county, He is sued in his individual and official capacity;

13) Respondent Det. Perry, Detective for the Yavapai county sheriff in and for Yavapai county, He is sued in his individual and official capacity;

14) Respondent Andre Schilling, Deputy, for the Yavapai county sheriff in and for Yavapai county, He is sued in his individual and official capacity;

(3)

15) Respondent J Hubble, officer with the Chino Valley Police Dept., State actor. He is sued in his individual and official capacity;

16) Respondent MIKNA HAWKINS, Mother of minor(D.W.), State actor. She is sued in her individual capacity;

17) Respondant Nayla Keith, Mother of minor (A.K.), State actor, She is sued in her individual capacity;

18) Respondent, Rachel Stevens, mother of minor (I.S.), State actor, She is sued in her individual capacity;

19) Respondant Stacey Apolinar, employed with the yavapai to family Advocacy Center, State actor. She is sued in her individual and official capacity;

20) Respondant Cele Hancock, State actor, She is sued in her individual and official capacity;

21) Respondant Jane Doe, mother of minor (C.G.), state actor, She is sued in her individual capacity;

22) Respondant John Doe, head of the Prescott yavapai county Jail (Feb 2024 - July 2024). He is sued in his individual and official capacity.

(4)

## C. INTRODUCTION

A PLEA AGREEMENT was written, executed and filed by Respondant Kristen Sharifi on June 10, 2024, Accepted and adopted July 1 2024 by the Yavapai county Superior Court in and for the Respondant, The STATE OF ARIZONA. PLEA AGREEMENT States on Pg 9 Para 9;

"This Plea Agreement in no way Prohibits the State's ability to Pursue a civil forfeiture or other Property forfeiture or other property forfeiture action Pursuant to titles 13, 28 or other applicable Sections of the Arizona Revised Statues of Federal Law."

Where as this Language incorporates and waves any and all Judicial Prosecutorial, absolute or qualified immunities of or for the State, as the State has now become a Private entity or creditor and is now responsible for such collateral damage of such gross negligence of Ms Sharifi and Yavapai county through vicarious Liability of the Defendants.

Under Arizona Statue, Civil forfeiture is considered a remedy and under federal statue it is considered a Punishment whereby Under the Protections of the U.S Constitution Equal Protection Clause of the 14th Amendment and the Arizona Const, Art II §13 Equal Privileges this civil complaint is filed.

"SUE OR BE SUED"

(5)

## D. CAUSE OF ACTION

## COUNT 1

The Respondent, STATE OF ARIZONA, Breached Plea Agreement written in Bad Faith, violating Plaintiff's U.S Const. 14th Amendment, Ariz Const. Art II §4 and Subjected Plaintiff's to Cruel and unusual Punishment under the US Const. 8th Amendment.

a) Kristen Sharifi wrote and executed Plea agreement in bad faith;

b) Kristen Sharifi created a coercive entitlement that induced assent;

c) Kristen Sharifi told Plaintiff Frederick Lembach, " If you want to sue us later for Blackmail..." ;

d) Respondent's STATE of Arizona, Yavapai county, Dennis McGrane and Kristen Sharifi, The Plea Agreement is a written contract and Plaintiff's have a right to all Terms and conditions;

e) Kristen Sharifi in Plea agreement, emails and verbally Stated Plaintiff Trinity Lembach's charges were dropped;

f) Through Respondent McGrane's motion to dismiss Mrs Lembach's charges "It State's" It does not readily appear that the state gained a Tactical advantage." ;

g) Respondent McGrane refiled charges on Mrs Lembach on May 08 2024;

H. June 7 2024 Respondent Sharifi offered Plea Agreement;

i) Through Respondent Sharifi and McGrane's fraudulent scheme under ARS 13-2310 misrepresented the terms and conditions;

j) The State of Arizona through Ms Sharifi and mr McGrane Practice and Procedure fails to notify Mr Lembach of his right to Post-conviction

(6)

relief pursuant to Rule 33 as ordered by Arizona legislation;

N) Ms sharifi's contract also fails to state, "My plea is voluntary and not the result of force, or threat, or promise other than those contained in the Plea Agreement. DO NOT SIGN THIS FORM UNLESS YOU HAVE READ IT COMPLETELY OR HAD IT READ TO YOU AND UNDERSTAND IT FULLY.";

l) Respondant McGrane and sharifi's Practice of Plea construction and negotiations violates the State's Attorney Generals Practice, Police and Procedures violating Arizona's Legislations Purpose;

m) Respondent The State of Arizona defines "Proportionate means" under ARS 13-2301(A)(6) and "Criminal Syndicate" under ARS 13-2301(U)(7);

n) Respondant(s) Yavapai county, McGrane and sharifi though coerced Plea Agreements, extort and defraud citizens of Yavapai county;

o) Respondant(s) State of Arizona, Yavapai county, McGrane and sharifi waived any and all their 11th Amend. immunities by contract to ~~actored~~ include the immunity waivers for all defendants by contract misrepresentation;

P) Contract states Plaintiff Fredrick Lembed has a right to community supervision;

Where as by rights afforded the Petitioner(s) by the 14th Amend of the USC, and the Ariz Const Art II§13 equal privileges, §16 No conviction shall work of blood or forfeiture of estate Grants the Plaintiff's the constitutional right through the Votes of Arizona and Arizona legistation the right to seek damages by all defendants through the Arizona constitution Art II §31 Damages for death and Personal injuries.

## COUNT II

Defendant's Conspired (18 USCS §241) and deprived (18 USCS §242) the Lembach's of their families integrity, privacy and marriage with non reconcile damages and injury to one's family and contract. Violating the Civil, U.S and Ariz. Constitutional rights of the Plaintiff's.

Applying ARS 25-103, Art 30 §1 of the Ariz Const, title 1 USC §7, the respect for marriage act and 18 USCS §1951, The defendants conspired and deprived Mrs Lembach of her husband. Interfering, damaging and injuring their contract of marriage which deprived them of their family, love, fidelity, devotion, sacrifice, procreation, rights and privileges, dignity, Stability, and ongoing protection that marriage affords a family and children.

This deprivation and civil rights violation injured and damages The Plaintiff(s) five minor children of their upbringing, education, rearing, love, devotion, sacrifice, rights and privileges, dignity, stability, Past Present and future protection, and deprivation of each other to include their resources, tangible and intangible personal property a family provides.

These damages, injuries and Interference of the defendants actions violated the First Amendment of the U.S. Constitution and the Arizona const. Art II §6, Freedom of speech; 14th Amend, USC and Ariz. const Art II §8, Right of privacy and families Integrity under the 14th Amendment of the U.S.C.

a) Mr Lembach was first by complaint arrested June 28 2023 and released on bail June 29 2023. On release was deprived of his Property, July, 19 2023 by fraud of the Defendant(s) State of Arizona, Yavapai county, McGrane, Nelson, Perry, Hawkins, Neith, Stevens, Jane Doe's minor son (CG), and

a Polinar, Mr Lembach was deprived of his Life and Liberty.

b) On and around June 28 2023, Respondant(s) Schilling, Hubble, Hawkins, Keith, Stevens and Jane Doe's minor son (CG) Conspired (18 USCS §291) against the Plaintiffs to injure and damage ones family, and marriage;

c) Respondant Schilling personally disapproves of the Petitioners marriage, to include their family dynamics and age difference and Stated his opinion in interveiws with witnesses;

d) Respondant Schilling interveiws with witnesses and So-called victims disclosed there was no Sexual assault to include Sexual conduct;

e) Respondant Hawkins disclosed in interview with Schilling she disapproves of the families dynamics and marriage;

f) Respondant Hawkins Lived with Mr Lembach for about, up too almost a year with her (3) children. Mr Lembach assisted with the Care and Support of her and her children to include, feed, clothed, Protection, responsibility of Dr appt's, making sure they went to school and got home from school while she was at work;

g) Respondant Hawkins attended Plaintifts wedding, baby shower, Birthday Celebrations, fathers day celebrations, multiple individual and family functions to include many bonfires and friend get togethers;

h) Respondant Stevens and Plaintiffts have never met; She has disclosed with respondant schilling she disapproves of the Plaintift's family dynamics;

i) Respondant Keith and Plaintift have never met; She has disclosed with respondant schilling she dis approves of the Plaintifts family dynamics;

j) Respondant Hubble was a mentor and friend of Respadant(s) Hawkins, Stevens and Keith's minor daughter's (AK)(DW)(T.S); He injected himself into the investigation of the Plaintiffs;

k) Respondant schilling investigation technique allowed witnesses and victims along with Mr Hubble in a holding room all together during

(9)

and after interviews;

L) Respondent Hawkins intentionally and discrimatory referenced the Plaintiffs family dynamics and age differences during interview with mr schilling;

M) During interviews, Respondent schilling made comments to witnesses and victims to include Personal opinion which include but not Limited to;

    1. Get some Justice for these Girls;

    2. The only thing I care about is this guy's behavior, right;

    3. I don't want him to get away with it;

    4. he still has to be accountable;

    5. Trust me were gonna do everything we can to make this right;

    6. Do you want to aid in the Prosecution against this Person;

    7. I do want to make an arrest tonight;

N) also during interview, Mr schilling disclosed;

    1. we dont have any reports of Penetration, anything Like that... nothing to indicate intercourse, no actual groping or fondling of anything;

    2. never indicated she was groped or anything, or her genitalia or breast were touched.

O) Respondent Stevens disclosed to schilling, she wanted her daughter (I S) Checked out or tested on June 28 2023;

P) schilling stated," So you want her to be tested" to stevens;

Q) upon arrest on June 28 2023, schilling wanted, demanded and tried to Coerce Mr lembach into surrendering his Phone;

R) June 29 2023 mr lembach was appointed a Public defender, July 3 2023 Respondent McGrand filed another victim complaint where as on July 07 2023 indicted Mr lembach where the Clerk of the Court issued and mailed an order to appear on August 03 2023;

S) Respondent Nelson took over investigation on or around June 29 2023;

(10)

t) The State of Arizona, Mr McBrane never notified Mc Lembach of indictment on July 07 2023;

u) Respondant Steven's contacted Mr Nelson and said she was taking (I.S.) to her Obgyn;

v) Respondant Steven's said (3) different times about getting (I.S.) examined;

w) Respondant Nelson scheduled interviews with the Yavapai Family Advocacy Center on or around July 11 2023;

x) Respondant Apolinar Performed an incomplete and falsified SANE Exam July 14 2023 on Respondant Steven's daughter (I.S.);

y) Respondant Apolinar SANE Exam is a violation of A.R.S. 13-2809; Making/Producing and offering false evidence;

z) Respondant(s) Perry in conspiracy with Nelson, McGrane Produced and offered such SANE Exam to aquire search warrant on Petitioner(s) Phones;

aa) Respondant Apolinar Performed SANE Exam 17 days after initial complaint of Hawkins, steven's and Neith;

ab) based off Apolinars falsified SANE Exam, Nelson drafted and executed a search warrant July 19 2023;

ac) Nelson's Affidavt in search warrant references;

    1. "These People";

    2. "It is common for suspects of this nature";

    3. "Frederick Lembach committed Sexual conduct";

    4. "your Affiant believes that... to further prove or disprove Frederick Lembach's involvement...";

ad) Nelson's Affidavt exploited the Situation and Plaintiff's family Privacy and integrity;

ae) Nelson without warrant arrested Mr Lembach on July 19 2023, Violating his 4th and 5th USC right;

(11)

af) Respondent Perry questioned Mrs Lembach without reading or warning her of her Miranda rights. No advisement was given to her of such right;

ag) Respondent Nelson, disclosed in incident report, he was in communication with mr McGrane;

ah) Respondent McGrane filed a complaint July 25 2023, 7 days after arrest;

ai) July 26, 2023, Mr McGrane through Respondent Sisneros again indicted Mr Lembach;

aj) July 26, 2023, Mr Nelson testified at indictment;

ak) During indictment Sisneros and Nelson commented and referenced the Plaintiff's family dynamics and Mrs Lembach's age;

al) July 26 2023, hour and a half after indictment, McGrane through Morrison attended in person a bail hearing. Where Mr Lembach was never notified of such hearing to include notified of his charges, to include provided with competent counsel violating ones 6th Amend right;

am) Respondent Gonzales attended by video during July 26 2023 bail hearing;

an) Morrison and Nelson testified to the Plaintiff's marriage, dynamics of the Lembach family and made remarks about Mrs Lembach's age and child;

ao) Morrison testified to the Courts," I would submit to the Courts is a Pedofile, he Certainly hasn't acknowledged any of his conduct,";

ap) Morrison Knows, Mr Lembach does have a right to remain silent;

aq) July 26 2023 through august 02 2023, to include initial arrest on June 28 2023, Respondent Gonzales never contacted Mr Lembach;

ar) The State of Arizona Left Mr Lembach without counsel from June 28 2023 - august 02 2023 during "critical stages";

(12)

as) violating Petitioners 6th Amendment, were McGrane notified Gonzales of hearing, oppressed mr Lembach, which was an oppression tactic to harm and injure the Plaintiff's;

at) this tactic by McGrane, Nelson, State of Arizona of no bail and access to the Courts was to harm and injure the Plaintiffs marriage and family by discrimination and depriving the Lembach's of their constitutional rights;

au) June 27 2023, Mr Lembach filed in the Yavapai County Superior Court a Motion to vacate and void Respondent Hancock's orders Pertaining to divorce, child custody and support in CN P1300D0201800559, to include Property;

av) Respondent Hancock was arrested for 4 counts of Felony DUI in or around March 2023;

aw) Mr Lembach mailed motion to the County Attorney's office on June 27 2023;

ax) Mr Lembach's Motion to vacate and Void Ms Hancock's orders, alleged the County hidden her DUI's, her drinking on the Job, drug use all while violating her Judicial duties and ethics Ariz. code Jud. con., ARS, to include the Loss of the public's trust.

ay) Respondent Hancock in and for Respondent Yavapai County has deprived, discriminated and exploited the Plaintiff's for his choice in medical Practice's of medical marijuana;

az) Plaintiff(s) (JL) and (JL) have been deprived of their father by Ms Hancock since June 2018;

ba) Ms Hancock has oppressed and deprived multiple families in Yavapai county for Profit so the State of Arizona and Yavapai county are Paid monies;

(13)

Case 3:26-cv-08157-SMM-MTM   Document 1-3   Filed 07/02/26   Page 143 of 181

bb) State of Arizona and Yavapai county Profited from the oppression and depervation of the families of Yavapai county;

bc) McGrane for Yavapai county and State of Arizona Knew this Motion filed on June 27 2023 by Mr Lembach Put the Respondant(s) at risk of embarrassment and financial harm;

bd) June 7 2024 Respondant Sheriff, Presented and offered Plea agreement to Mr Lembach;

## COUNT III

Cruel and unusual punishment in violation of th 8th and 14th Amend of the US const and Art II §13 and 15 of the Ariz const.

a) Mr Lembach was under the Care and Supervision of the Respondant David Rhodes, once arrested on July 19, 2023 Mr Rhodes is Responsible for Mr Lembach's medical care;

b) John Doe and Mr Rhodes denied Mr Lembach his equal Protection and Prilages afforded a Prisoner through medical Indifference;

c) John Doe and Rhodes denied adequate health care and treatment to Mr Lembach;

d) John Doe and Rhodes Subjected Mr Lembach to risk of danger, to include Loss of Life and Limb;

e) while detained in the Yavapai county Jail in camp verde, Mr Lembach Sustained an injury of his right sholder; this injury was at no fault of anyone as it Just happened while sleeping. Once injury occured, Mr Lembach could not Lift, Push, Pull, climb, or

(14)

put pressure on his right arm;

f) Mr Lembach immediatly informed Respondent Rhodes employee's and the medical Staff hired by the Respondent Yavapai county;

g) Yavapai Counties medical Staff initially did nothing to include evaluation or triage of Mr Lembach's Symptom's and pain;

h) Month's had passed and Yavapai Counties hired medical Staff finally X-rayed Mr Lembach's Right Shoulder and found no issues;

i) Mr Lembach informed the Yavapai county medical Staff he needed an MRI;

J) weeks and months went by where Yavapai county denied Mr Lembach of medical care and treatment;

K) about 6 months after injury Mr Lembach was sent to a one-time physical therapy appt where he was given excercises to accomplish daily;

L) during this time Mr Lembach could hardly move his arm without alot of pain with every movement;

m) right after physical therapy appt, YCSO transferred Mr Lembach to the Prescott Yavapai county Jail where Mr Lembach then became detained under the supervision and care of the Respondent John Doe;

n) Again Mr Lembach notified the YCSO Staff of Mr Rhodes and medical Staff hired by Yavapai county that I needed an MRI;

o) Medical Staff gave Mr Lembach another Xray, where again he told Yavapai county medical Staff he needed an MRI;

p) While under the Care and supervision of Respondent John Doe, an inmate that was Just sentenced and with mental issues was placed and housed in Mr Lembach's housing area;

(15)

q) The Next day, that inmate, who was up all night, went up stairs where he was not housed and by the Policy, Practice and procedure of Mr Rhodes was not supposed to be, climbed up on the railing and threw himself over the rails. This inmate was well over 285Lbs. Mr Lembach noticed the Situation and of natural reaction and training braced the fall of the inmate, Protecting and controlling his fall/landing by Protecting his head and body from impacting a table and the floor;

r) Again Mr Lembach notified Staff of injury and again given an x-ray;

s) Respondant Rhodes and John Doe Knows of the incident, as it was reported, in an incident report, multiple witnesses and recorded on video by YCSO;

t) Medical Staff of Yavapai canty told Mr Lembach, "They were wanting for you to go to Prison".;

u) August 01 2024, Mr Lembach was transfered to the custody of the Arizona Dept of Corrections. In October 2024 he received an MRI, where it was discovered Mr Lembach had a torn rotator cuff and torn tendons. May of 2025 Surgery was Performed and follow up treatment was Physical therapy.

## COUNT IV

Racketeering and theft by extortion by means of slander of title

In this Claim, The Respondant(s), State of Arizona, Yavapai County, Dennis McGrane and Kristin Sherifi extorted by coersion and threat, the Plaintiff's, The Lembach family, Husband and wife, father and mother, Brother and sister's, Sister's and sister's by knowingly obtaining and seeking to obtain their Property or trust in Property by written contract of threat and threat to do in the future.

This written contract and slander of title is the Plaintiff's gateway for relief from the defendants,
"Property" as defined of a term in the guarantee of the 14th Amendment of the U.S. const, is the right to acquire, Posses and enjoy particular things and objects in any way consistent with the equal rights of others; all valuable interest which a man may possess outside of himself, outside of his life and Liberty, being more than that which a person owns.

Constitutional Protection is guaranteed and a natural right Protected under the specific guarantee safeguarding a Person in his life, liberty and Pursuit of happiness, this includes the right of affection between Parent and child and Procreation between Husband and wife.

June 27 2023, Mr Lembach excercised his 1st Amendment right to Petition the Government in trying to Protect and

(12)

Safeguard his children, defending his family integrity and equal rights against the corruption of Respondant Hancock an elected offical of Respondant Yavapai county. For years Hancock abused her Position while the County Attorney Respondant McGrane hid her Personal illegal actions.

June 28 2023, Changed all that. Mr Lembech was held without bail for over 350 days and on June 7 2024, Ms Shariti Presented a Plea Agreement and was told take the Plea or we will arrest and indict your wife and re indict you. She also stated She discusses the terms with her boss, The Respondant McGrane which would include Yavapai county, and the State of Arizona.

Mr Lembech had to choose, terms of the Plea, his reputation, name, honor in order to Protect his family from further damage and injury by the respondant's. It is called Self sacrifice a trait Mr Lembech is trained for and a character of Mr Lembech.

This Coersion tactic and written and oral threat in her own words by Ms Shariti, If you went to sue us later for black mail, only benifits the State of Arizona and yavapai county. The Respondant(s) Hawkins, Keith and Stevens did not benifit from agreement.

The State of Arizona and Yavapai County only benifit, to include the Judges, County Attorney and Board of Supervisor's. They Profit from the extortion of monies by Plea agreement's through Probation fee's and assesments, to include monies contributed to the Yavapai County Anti racketeering fund, Adult Probation Services fund.

These monies collected from Plea agreements, "your money or your life" contribute to the State for the cost of

(18)

the hospitalization and medical care of the indigent sick, Longterm care of the aging and disabled to include the administration cost of the administration and implementation of the Arizona health care cost containment System and medical expense. By which the County owes the State and the State owes the insurance Companies.

These monies from Probation fee's also contribute to the Superior court Judges salary and to their retirement fund.

So it goes either contract with the state for county revenue or be locked yourself for life. Not because you committed a crime but because you went against a corrupt Judge, you targeted one of our own, and our Power is greater than yours. Your family means nothing to the State of Arizona. Pay US!

## E. CONCLUSION

Since arrest, the Lembach's have been oppressed and deprived of their rights. The Plaintiff's, Mr and Mrs Lembach with (5) minor children have been without each other. We have been discriminated against, been deprived of each other, denied access to each other, denied access to the Law and the courts. The Government of yavapai county violated the Lembach's fundamental Liberties of the US and Ariz constitutions to Protect his actual innocence, his and their families American rights. Yavapai county and the State of Arizona discriminated and deprived the Lembach's because of their legal marriage, Age difference and because Mr Lembach filed a Motion

(19)

that exploited a Yavalai county elected officials Common Practice and custom of destroying, and depriving the families of Yavepai county within the Great State of Arizona.

that exploited a Yavalai county elected officials common Practice

## F. RELIEF REQUESTED

A. Declare through vicarious liability and gross negligence of the Yavapai County Attorney, the STATE of Arizona and Yavapai County are responsible for damages and injuries done to the Lembach's family;

B. Declare Respondant's have no immunities as immunities were waived by contract and misrepresentation;

C. Declare the Plaintiff's US and Arizona constitutional rights were violated by the respondant's;

D. Declare the Respondant(s), STATE OF ARIZONA, McGrane and Shariti Breached the Plea;

E. Declare the Plea was written and executed in Bad Faith by the Respondant Kristin Shariti;

F. Declare Respondant McGrane's and his employees, Practice, Policies and Procedures violate Arizona legislations intentions and Placed The State of Arizona and Yavapai County at risk of civil litigation;

G Declare the Respondant(s) The State of Arizona and Yavapai County discriminated add deprived the Lembach's of their constitutional rights to include their marriage and families integrity and Privacey;

(21)

H. Declare the Respondent(s) Schilling, Hubble, Hawkins, Keith, Steven's and Jane Doc's minor son (CG) Conspired and discriminated against the Plaintiff's to cause damage and injury to their marriage, family integrity and Privacy;

I. Declare the Respondent(s) Nelson, Perry and APolinar violated ARS 13-2809 by making/Producing and offering false evidence to cause damage and injury to the Plaintiff's marriage, family integrity and Privacy;

J. Declare the Respondent(s) McGrane and Gonzales Conspired to violate the Plaintiff Mr. Lembach's 6th Amendment right;

K. Declare the Respondent(s) McGrane with his employees and Nelson Conspired to conceal Respondent Hancock's illegal Common and Custom Practices to damage and injure the families of Yavapai county to include the Plaintiff's;

L. Declare Respondent Rhodes was negligent in failure to Protect the Plaintiff Mr. Lembach will under his care and supervision. To include the Respondent John Doe's failure to Provide a safe and secure detention facility;

M. Declare the Respondent(s) Rhodes and John Doe Violated Plaintiff's Mr. Lembach 8th Amendment right as they failed to Provide medical care as this is a complete medical care indifference;

N. Declare the Respondent(s), The State of Arizona, Yavapai county,

(22)

McGrane and Shariffi violated the Plaintiff, Mr Lembach's First Amendment right, not to be retaliated against for filing a motion to redress the government, right of freedom of speech, right to their marriage, family integrity and Privacy;

O. Award Compensatory damages in the amount of $25,000,000.00 Jointly and Severally from the following Defendant(s), State of Arizona, Yavapai County, Dennis McGrane and Kristin Shariffi for the Physical, Phycological, emotional and financial harm to the Plaintiff's, To include damages and injury to one's marriage, marriage contract, Procreation and child rearing; damage and injury to one's reputation, a families integrity and Privacy; loss of Life, Liberty and the Pursuit of happiness; loss of Property tangible and intangible; Pain and suffering;

P. Award Punitive damages in the following amounts;
   1. $250,000 each against defendant(s) Hancock, McGrane, and Shariffi;
   2. $100,000 each against Nelson, Percy, Morrison, Sisneros and Gonzales;
   3. $15,000 each against Rhodes, John Doe and Apolinar;
   4. $10,000 each against Skilling, Hubble, Hawkins, Neitle, Stevens and Jane Doe.

Q Award any and all legal cost and fee's to include any Attorney fee's and cost to the Plaintiff's; and

R. Grant the Plaintiff's any such other relief as it may appear they are intitled too.

IAW ARS 12-821.01, the Plaintiff's would agree to a settlement amount and terms of;
  1. $2,500,000.00 from the State of Arizona and Yavapai county;
  2. $2,500.00 each from Hawkins, Neith, Steven's and June Doe, along with a formal apology letter recanting their complaint;
  3. Reverse and vacate Mr Lembech's Conviction;
  4. Award the adoption of Dylan and Taren Mayer; and
  5. Award and order 50/50 custody and legal desicion making of Mr Lembech's Children Jessalynn and Journey.

I Frederick Lembech declare, verify and state under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of June 2026

Frederick William Lembech III

CC:
Mohave county Superior Court Div 3
Hon Steven C moss
2225 Trane Rd
Bullhead City, AZ 86442

(24)

FREDERICK WILLIAM LEMBACH III

370051

ASPC LEWIS/ BARCHEY

PO BOX 70

BUCKEYE, AZ 85326

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN -9 AM 8:17 ✓

DOHNA McQUALITY, CLERK

BY: __V CANTU__

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| FREDERICK WILLIAM LEMBACH III, et al. | ) CN: S1300CV-2026-00382 |
| Plaintiff(s), | ) MOTION FOR |
| | ) EXTENTION OF TIME |
| VS. | ) TO COMPLETE SERVICE |
| | ) OF PROCESS |
| THE STATE OF ARIZONA, et al. | ) |
| Defendant(s). | ) |

Pursuant to Ariz R Civ P Rule 6(b) and ORDER dated March 31 2026, The Plaintiff(s), represented by Frederick Lembach, an incarcerated person, request's by this Motion for Extention of Time, a 60 day extention of time to complete Service of Process upon the defendant's IAW Ariz. R. Civ P. Rule 4.1.

This request is made for good cause by the following reasons:

1. The Plaintiff(s) has hired an investigator and Process Server;

2. The investigator has located most of the address's of the

(1)

defendant's and is actively in the Process of locating the unknown addresses;

3. Their is delayed communication/mail between investigator and Plaintiff;

4. Plaintiff has filed an amended complaint as a Matter of Course, Ariz R Civ P Rule 15 (a)(i)(B) which requires service Rule 15(C).

Whereas by ORDER, this is a veritied motion and supported by facts, th Plaintiff is requesting a 60 day extortion of time to complete service of Process.

Wherefore, for good cause and order, this court should grant such request of the Plaintiff's.

I declare, verify, and state under penalty of Prisury that the foregoing is true and correct.

Signed this 4th day of June 2026.

Frederick william Lembeck III

Pro Se

CC:

Mohave County Superior court Div 3

Hon Steven c Moss

2225 Trane Rd

Bullhead City, AZ 86442

(2)

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 16  PM 2: 20 ✓

DONNA McQUALITY, CLERK

E TIMM

BY:

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.

The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Mikka Hawkins
Address where served:
12688 E. Brumoso St.
Dewey, Arizona 86327

Date and Time:
06/14/2026, at 2:55 p.m.
Manner of Service:
Mikka Hawkins, personally
Military:  No    Physical: W/F/40/5'0/160/Brown Hair/Glasses

I certify under penalty of perjury, the foregoing is true and
correct.

McKenna Connolly,    Process Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                        150.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17 PM 3: 11 ✔

DONNA McQUALITY, CLERK
E HERMSTAD

Certificate of Service of Process by Certified Process Server
BY:_____
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
David Rhodes, Yavapai County Sheriff
Address where served:
255 E. Gurley St.
Prescott, Arizona 86301

Date and Time:
06/12/2026, at 11:26 a.m.
Manner of Service:
Kelly Fraher, Executive Assistant, personally, authorized to accept
Military:  No    Physical: W/F/Late 50's/5'4/135/Grey-Blonde Hair

I certify under penalty of perjury, the foregoing is true and
correct.

_____
Sierra Connolly,   Process Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                          90.60  Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17 PM 3: 11 ✓

DONNA McQUALITY, CLERK
E HERMSTAD
BY:_____

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Kristen Sharifi
Address where served:
Yavapai County Superior Court, 120 S. Cortez St.
Prescott, Arizona 86303

Date and Time:
06/12/2026, at 11:02 a.m.
Manner of Service:
Julie Malinowski, Court Administrator, personally, authorized to
accept
Military:  No    Physical: W/F/Early 40's/5'7/180/Brown Hair

I certify under penalty of perjury, the foregoing is true and
correct.

_____
Sierra Connolly,   Process Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                          90.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17 PM 3: 12 ✓

DONNA McQUALITY, CLERK

E HERMSTAD

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:
Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Steven Sisneros
Address where served:
Yavapai County Attorney, 255 E. Gurley St.
Prescott, Arizona 86301

Date and Time:
06/12/2026, at 11:33 a.m.
Manner of Service:
Zed Leppanen, Litigation Specialist, personally, authorized to accept
Military:  No    Physical: W/M/Late 30's/6'0/260/Light Brown-Grey
Hair

I certify under penalty of perjury, the foregoing is true and
correct.

_____                    _____
Sierra Connolly,   Process Server, Yavapai County
Executed on 06/16/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                              90.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17 PM 3:10 ✓

DONNA McQUALITY, CLERK
E HERMSTAD
BY: _____

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in this case; that on June 10, 2026 from Frederick William Lembach III and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those named below in the manner and at the time and place shown, hereafter, set forth, to wit:
Entity Served:
Yavapai County, by serving the Clerk of the Board of Supervisors
Address where served:
1015 Fair Street, 3rd Floor
Prescott, Arizona 86305

Date and Time:
06/12/2026, at 10:40 a.m.
Manner of Service:
Kerri Gump, Admin Assistant, personally, authorized to accept
Military: N/A    Physical: W/F/Early 50's/5'9/130/Black Hair

I certify under penalty of perjury, the foregoing is true and correct.

_____
Sierra Connolly,    Process Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                              90.60  Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17 PM 3: 10 ✓

DONNA McQUALITY, CLERK

E HERMSTAD

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Det. Perry, whose true name is: Michael "Scott" Perry
Address where served:
1379 St. George Circle
Prescott, Arizona 86301

Date and Time:
06/13/2026, at 2:59 p.m.
Manner of Service:
Logan Perry, Son and Co-Resident, personally, at their abode
Military: No    Physical: W/M/Late Teens/5'10/160/Black Hair/Facial
Hair

I certify under penalty of perjury, the foregoing is true and
correct.

Sierra Connolly,    Process Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                           145.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17 PM 3: 12    ✓

DONNA McQUALITY, CLERK
E HERMSTAD
BY:_____

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in this case; that on June 10, 2026 from Frederick William Lembach III and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those named below in the manner and at the time and place shown, hereafter, set forth, to wit:
Entity Served:
Kayla Keith
Address where served:
1538 Copper Drive
Chino Valley, Arizona 86323

Date and Time:
06/13/2026, at 12:00 p.m.
Manner of Service:
Kayla Keith, personally
Military: No    Physical: W/F/35/5'4/300/Dark Brown-Purple Hair/Tattoos

I certify under penalty of perjury, the foregoing is true and correct.

_____
Sierra Connolly,    Process Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                         150.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17 PM 3: 10 ✓

DONNA McQUALITY, CLERK
E HERMSTAD
BY

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Rachel Stevens, who is now known as Rachel Moser
Address where served:
4401 W. Macondo Trail
Chino Valley, Arizona 86323

Date and Time:
06/13/2026, at 12:48 p.m.
Manner of Service:
Jonathan Moser, Husband and Co-Resident, personally, at their abode
Military:  No    Physical: W/M/Early 40's/5'9/165/Dark Grey & Facial
Hair

I certify under penalty of perjury, the foregoing is true and
correct.

_____
Sierra Connolly,   Process Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                    150.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17 PM 3: 12 ✓

DONNA McQUALITY, CLERK

E HERMSTAD

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Dennis M. McGrane, County Attorney
Address where served:
Yavapai County Attorney's Office, 255 E. Gurley Street
Prescott, Arizona 86301

Date and Time:
06/15/2026, at 8:10 a.m.
Manner of Service:
Steven Sisneros, Chief Criminal Deputy, personally, authorized to
accept
Military:  No    Physical: W/M/Early 50's/6'0/200/Dark Grey Hair

I certify under penalty of perjury, the foregoing is true and
correct.

_____
Sierra   Connolly,   Process Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                        90.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 17  PM 3: 12 /

DONNA McQUALITY, CLERK

E HERMSTAD

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Michael Morrison
Address where served:
Yavapai County Attorney, 255 E. Gurley Street
Prescott, Arizona 86301

Date and Time:
06/15/2026, at 3:59 p.m.
Manner of Service:
Steven Sisneros, Chief Criminal Deputy, personally, authorized to
accept
Military:  No    Physical: W/M/Early 50's/6'0/200/Dark Grey Hair

I certify under penalty of perjury, the foregoing is true and
correct.

_____
Sierra  Connolly,   Process  Server, Yavapai County
Executed on 06/15/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                         90.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 19 PM 3: 12 ✓

DONNA McQUALITY, CLERK
A GARCIA
By:

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Chad Nelson, Detective employed by Yavapai County Sheriff

Address where served:
606 Mockingbird Court
Prescott, Arizona 86301

Date and Time:
06/17/2026, at 6:22 p.m.
Manner of Service:
Chad Nelson, personally, who did not take out of hand. He answered
behind a screen door, holding a large angry dog.  He confirmed that
he was Chad Nelson and asked the server to leave the documents on the
mat at the front door.  The server left the documents as instructed
by Chad Nelson.
Military:  No    Physical: W/M/Early 50's/6'2/215/Behind Screen Door

I certify under penalty of perjury, the foregoing is true and
correct.

_____
Sierra Connolly,    Process Server, Yavapai County
Executed on 06/18/2026

```
Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760            140.60   Cost of Service
928.778.2951
```

Person Filing: *Frederick William Lembeck III 370051*

Address (if not protected): *ASPC Lewis//Beckey*

City, State, Zip Code: *Po Box 70, Beckeye, AZ 85326*

Telephone: _____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN *Yavapai* COUNTY

*Frederick William Lembeck III*

**Name of Plaintiff**

Case Number: *S1300CV202600382*

**And**

**SUMMONS**

*The State of Arizona, et al*

**Name of Defendant**

---

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** *JANE DOE*,

**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: S130=C10 2026 00382

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

**SIGNED AND SEALED this date**    June 19th, 2026

**CLERK OF SUPERIOR COURT**    DONNA McCONATY

By _____
Deputy Clerk

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 22 PM 1:54 ✓

DONNA McQUALITY, CLERK

S BAKER

Certificate of Service of Process by Certified Process Server

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA
Case Number: S1300CV202600382

FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e), and 45(b), to serve process in this case; that on 06/10/2026, from Frederick William Lembach III and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those named below in the manner and at the time and place shown, hereafter, set forth, to wit:
Entity Served:
The State of Arizona, by serving the Office of the Attorney General
Address where served: **2005 N. Central Avenue, Phoenix, AZ 85004**

Date and Time: **June 18, 2026, at 12:17pm**

Manner of Service( )personal; ( )substitute; (**X**)authorized to accept
By serving: **Shon Kirkpatrick, Facilities Specialist**

Military Status: **N/A**        Physical: **African American Male, 40-50 YOA, Black/Graying Hair, Beard/Mustache. Seated behind counter at time of service.**

I certify under penalty of perjury, the foregoing is true and correct.

**Phil Alkhoury, #MC8241, Maricopa**
Process Server,            , County

Executed on  **June 18, 2026**

Palmer Investigative Services
P.O. Box 10760
Prescott, AZ 86304-0760
928.778.2951

$_____.__ Cost of Service
$_____.__ Palmer's Shipping
$__175 60 Total Cost

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 24  PM 3: 23 ✓

DONNA McQUALITY, CLERK
E HERMSTAD

Certificate of Service of Process by Certified Process Server

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA
Case Number: S1300CV202600382

FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e), and 45(b), to serve process in this case; that on 06/10/2026, from Frederick William Lembach III and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - Original Complaint
Civil Complaint - Jury Trial Demanded - First Amended Complaint

I personally served a copy of each document listed above on those named below in the manner and at the time and place shown, hereafter, set forth, to wit:
Entity Served:
Tony Gonzales
Address where served: 1384 E. Morelos St., Chandler, AZ 85225

Date and Time:  June 16, 2026 at 7:32pm

Manner of Service( )personal; (X)substitute; ( )authorized to accept
By serving: Christian Baca (Nephew and co-resident)

Military Status: Unknown    Physical: Caucasian male, approximately 30-40, 5'11", 245 pounds, dark goatee, shaved head, no eyeglasses

I certify under penalty of perjury, the foregoing is true and correct.

Mark Hepp (MC 7803)

Process Server, Maricopa County

Executed on  June 17, 2026

Palmer Investigative Services
P.O. Box 10760
Prescott, AZ 86304-0760
928.778.2951

$_____.__ Cost of Service
$_____.__ Palmer's Shipping
$ 150 .60 Total Cost

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 25 PM 2: 08 ✓

DONNA McQUALITY, CLERK

E TIMM
BY_____

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 19, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - First Amended Complaint
Civil Complaint - Jury Trial Demanded - Original Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Jane Doe, Mother of Carson Gilpin, whose true name is: Angela Gilpin
Address where served:
2915 N. Reed Rd.
Chino Valley, Arizona 86323-5288

Date and Time:
06/23/2026, at 8:44 p.m.
Manner of Service:
Andrea Gilpin, personally
Military:  No    Physical: W/F/60/5'5/140/Brown Hair/Brown Eyes

I certify under penalty of perjury, the foregoing is true and
correct.

_____
Anthony L. La Freniere    Process Server, Yavapai County
Executed on 06/24/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                      150.60   Cost of Service

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 26 PM 2:44    ✓

DONNA McQUALITY, CLERK
E HERMSTAD

Certificate of Service of Process by Certified Process Server
SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

Case Number: S1300CV202600382
FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, etc.
vs.
THE STATE OF ARIZONA; et. al.
The undersigned certifies under penalty of perjury: That I am fully
qualified pursuant to RCP 4(d), 4(e) and 45(b), to serve process in
this case; that on June 10, 2026 from Frederick William Lembach III
and Trinity Rose Lembach, pro per
I received the documents listed below:

Summons
Plaintiff's Demand for Jury Trial
Civil Complaint - Jury Trial Demanded - First Amended Complaint
Civil Complaint - Jury Trial Demanded - Original Complaint

I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereafter,
set forth, to wit:
Entity Served:
Cele Hancock
Address where served:
Hancock Law and Mediation, 127 E. Goodwin St.
Prescott, Arizona 86303

Date and Time:
06/25/2026, at 9:03 a.m.
Manner of Service:
Cele Hancock, personally
Military: No    Physical: W/F/60/6'0/180/Gray-Blonde Hair/Glasses

I certify under penalty of perjury, the foregoing is true and
correct.

_Sheila M. Cahill_

Sheila M. Cahill,  Process Server, Yavapai County
Executed on 06/25/2026

Palmer Investigative Services
P.O. Box 10760
Prescott, Arizona 86304-0760
928.778.2951                              115.60   Cost of Service

State of Arizona
Yavapai County Sheriff
Civil Division
Prescott, AZ 86301

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2026 JUN 29 PM 3: 07

DONNA McQUALITY, CLERK

M. ARREDONDO

Process Number:  26-00621                 Court Number: S1300CV202600382

I, David Rhodes, Sheriff of Yavapai County Sheriff do hereby certify that I

received the within and foregoing Summons on 16th day of June, 2026, and that I

served the same on:


    ANDRE   SCHILLING                              (Other          )
    255 EAST GURLEY STREET
    PRESCOTT, AZ  86301
    Served on: 22nd day of June, 2026 at 10:02:00       by Talavera, M
    Served to: ANDRE SCHILLING                              Defendant
            255 EAST GURLEY STREET
            PRESCOTT, AZ  86301

Returned on the 22nd day of June, 2026

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 22nd day of June, 2026

Fees:
    Service:        16.00       David Rhodes, Sheriff
    Mileage:         0.00       Yavapai County Sheriff, Arizona
    Other  :         8.00       BY: _____
    Total  :        24.00           Authorized Representative
                                    Civil Division


My commission expires:

_____       _____
                                            Notary Public

```
06/22/26                    Yavapai County Sheriff's Office                        4720
10:33                          Civil Process Table:                      Page:    1

    Civil Process
    Process Number   26-00621                      Court Code
     Process Types   SUM                            Court Date      /  /
           Agency    PRO                            Judge Name
    Court Number   S1300CV202600382               Copies Received    0
      Date Issued   06/09/26                       Expiration Date    /  /
  Time/Date Recvd   14:30:55 06/16/26                Date Returned   06/22/26
  Related Incident
          Comments   (See below)


    Billing
    Bill To       54839   PALMER INVESTIGATIVE SERVICES
    Address   624 W GURLEY ST.,SUITE A -P.O.BOX 10760
       City   PRESCOTT           ST  AZ  ZIP  86304        Phone  (928)778-2951


    Type        Name                         Servd Location
    Other       SCHILLING, ANDRE              Yes  PRE      Defendants Witnesses
    Defendant   STATE OF ARIZONA,             ---                1          0
    Plaintiff   LEMBACH, FREDERICK WILLIAM III ---           Garnishees  Plaintiffs
                ------------------------------ ---                0          1
                ------------------------------ ---           Attorneys    Other
                ------------------------------ ---                0          1


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type  Record #    Date      Description                      Relationship
  NM        58  06/22/26    STATE OF ARIZONA,                *Defendant
  NM    295703  06/22/26    LEMBACH, FREDERICK WILLIAM III  *Plaintiff
  NM    705598  06/22/26    SCHILLING, ANDRE                *Other

Civil Process Types Detail:
Seq  Code Description
  1  SUM  Summons


Process Text:
SUMMONS                           _____
PLAINTIFF'S DEMAND FOR JURY TRAIL
CIVIL COMPLAINT X2


Civil Process Names Detail:
```

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YAVAPAI**

FILED
DATE: <u>07/01/2026</u>
<u>5:00</u> O'clock <u>P.M.</u>
DONNA MCQUALITY,
CLERK
BY: S. PREHN
Deputy Clerk

Case No.   S1300CV202600382
Honorable   STEVEN C. MOSS
Division   VISITING JUDGE

DONNA MCQUALITY,
Clerk of Superior Court
Date:  07/01/2026

TITLE:

FREDERICK WILLIAM LEMBACH III,
TRINITY ROSE LEMBACH, a married
couple, and with minor children,

Plaintiff(s)

Vs

THE STATE OF ARIZONA, et. al.,

Defendant(s)

COUNSEL:

**IN PRO PER
FREDERICH LEMBACK, AZ DOC #370051
ASPC LEWIS/BARCHEY UNIT
PO BOX 70
BUCKEYE, AZ 85326**

For Plaintiff(s)

---

**CLERKS NOTICE OF IMPENDING DISMISSAL**

---

It appearing that service of process has not been made upon Defendants, **ANDRE SCHILLING, J. HUBBLE, and STACEY APOLINAR**, and pursuant to Rule 4(i) Arizona Rules of Civil Procedure.

YOU ARE HEREBY NOTIFIED this matter will be dismissed **as to the above named Defendants** without prejudice, and without further notice, after 30 days from the date of the Notice unless good cause is shown why service was not made within the time limits and that additional time should be granted within which to accomplish service.

cc: CASE FLOW MANAGER

# EXHIBIT "2"

Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants Yavapai County,
Sheriff David Rhodes, Dennis McGrane,
Kristen Sharifi, Steven Sisneros, Michael
Morrison, Chad Nelson, Michael Perry, and
Andre Schilling

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF YAVAPAI

| | |
|---|---|
| FREDERICK WILLIAM LEMBACH III, TRINITY ROSE LEMBACH, a married couple, and with minor children,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF ARIZONA; YAVAPAI COUNTY, ARIZONA; DENNIS M. MCGRANE; KRISTIN SHARIFI; STEVEN SISNEROS; MICHAEL MORRISON; TONY GONZALES; DAVID RHODES; CHAD NELSON; DET PERRY; ANDRE SCHILLING; J. HUBBLE; MIKKA HAWKINS; KAYLA KEITH; RACHEL STEVENS; STACEY APOLINAR; CELE HANCOCK; JANE DOE; JOHN DOE,<br><br>Defendants. | NO. S1300CV202600382<br><br>**NOTICE OF FILING NOTICE OF REMOVAL IN UNITED STATES DISTRICT COURT**<br><br>(Assigned to the Honorable Steven C. Moss) |

/ / /

120216715.1

Defendants Yavapai County, Sheriff David Rhodes, Dennis McGrane, Kristen Sharifi, Steven Sisneros, Michael Morrison, Chad Nelson, Michael Perry, and Andre Schilling, by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, notify this Court that they filed a Notice of Removal of this action from the Superior Court of the State of Arizona, in and for the County of Yavapai, to the United States District Court for the District of Arizona on July 2, 2026. A copy of the Notice of Removal (exclusive of exhibits) is attached hereto as **Exhibit 1**.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice effects the removal of this action to Federal Court "and the State court shall proceed no further unless and until the case is remanded."

DATED this 2nd day of July, 2026.

JONES, SKELTON & HOCHULI P.L.C.


By /s/ Derek R. Graffious
　　Michele Molinario
　　Derek R. Graffious
　　40 N. Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendants Yavapai County, Sheriff
　　David Rhodes, Dennis McGrane, Kristen Sharifi,
　　Steven Sisneros, Michael Morrison, Chad Nelson,
　　Michael Perry, and Andre Schilling

2

120216715.1

ORIGINAL of the foregoing electronically filed this 2nd day of July, 2026.

COPY of the foregoing mailed this 2nd day of July, 2026, to:

Frederick W. Lembach III, #370051
ASPC Lewis/Barchey Unit
P.O. Box 70
Buckeye, AZ 85326
*Plaintiff, in Pro Per*

 /s/ Cindy Castro
_____

3

120216715.1